**Official Form 1 (4/07)**

| United States Bankruptcy Court<br>Middle District of Alabama | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Stage Door Development, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>DBA WRJM-FM | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>63-1044662 | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>285 E. Broad St.<br>Ozark, AL<br>ZIP Code: 36360 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>DALE | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**    *** C.H. ESPY, JR. ASB-3696-S78C ***

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| ☐ $0 to $10,000 | ☐ $10,001 to $100,000 | ☐ $100,001 to $1 million | ■ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $1 million | ■ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> Stage Door Development, Inc. | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: <br> - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>     Signature of Attorney for Debtor(s)          (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
Stage Door Development, Inc.

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X /s/ C.H. ESPY, JR.
Signature of Attorney for Debtor(s)

C.H. ESPY, JR. ASB-3696-S78C
Printed Name of Attorney for Debtor(s)

ESPY, METCALF & ESPY, P.C.
Firm Name

326 NORTH OATES STREET
POST OFFICE DRAWER 6504
DOTHAN, AL 36302-6504
Address

334-793-6288  Fax: 334-712-1617
Telephone Number

11/26/07
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ H. Jack Mizell
Signature of Authorized Individual

H. Jack Mizell
Printed Name of Authorized Individual

President
Title of Authorized Individual

11/26/07
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C.*

United States Bankruptcy Court
Middle District of Alabama

In re   Stage Door Development, Inc.                                              Case No.
                                    Debtor(s)                                     Chapter    11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, H. Jack Mizell, declare under penalty of perjury that I am the President of Stage Door Development, Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 20th day of November, 2007.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that H. Jack Mizell, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that H. Jack Mizell, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that H. Jack Mizell, President of this Corporation is authorized and directed to employ C.H. ESPY, JR. ASB-3696-S78C, attorney and the law firm of ESPY, METCALF & ESPY, P.C. to represent the corporation in such bankruptcy case."

Date   11/26/07                            Signed   /s/ H. Jack Mizell
                                                    H. Jack Mizell

Form 4
(10/05)

# United States Bankruptcy Court
## Middle District of Alabama

In re  Stage Door Development, Inc.  
                         Debtor(s)

Case No. _____  
Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ARBITRON INC<br>142 57TH ST.<br>NEW YORK, NY 10019 | ARBITRON INC<br>142 57TH ST.<br>NEW YORK, NY 10019 | Summary Judgment in New York | | 260,000.00 |
| INTERNAL REVENUE SERVICE<br>ATTN: BKR MAIL CLERK<br>801 TOM MARTIN DR., STE 126<br>BIRMINGHAM, AL 35211 | INTERNAL REVENUE SERVICE<br>ATTN: BKR MAIL CLERK<br>801 TOM MARTIN DR., STE 126<br>BIRMINGHAM, AL 35211 | Payroll taxes | | 190,000.00 |
| ASCAP JOEL MUSIC<br>C/O BRADLEY ARANT<br>1819 5TH AVE. N<br>BIRMINGHAM, AL 35203-2119 | ASCAP JOEL MUSIC<br>C/O BRADLEY ARANT<br>1819 5TH AVE. N<br>BIRMINGHAM, AL 35203-2119 | Summary Judgment (Judge Myron Thompson) | | 100,000.00 |
| INTERNAL REVENUE SERVICE<br>ATTN: BKR MAIL CLERK<br>801 TOM MARTIN DR., STE 126<br>BIRMINGHAM, AL 35211 | INTERNAL REVENUE SERVICE<br>ATTN: BKR MAIL CLERK<br>801 TOM MARTIN DR., STE 126<br>BIRMINGHAM, AL 35211 | 940 & 941 Tax liabilities - Tax lien filed in Probate Office of Dale Cty, AL, on 12/7/04 | | 71,890.74 |
| BRADLEY ARANT ATTORNEYS AT LAW<br>1819 5TH AVE. N.<br>BIRMINGHAM, AL 35203-2119 | BRADLEY ARANT ATTORNEYS AT LAW<br>1819 5TH AVE. N.<br>BIRMINGHAM, AL 35203-2119 | Attorneys fees on ASCAP civil suits | | 65,000.00 |
| ASCAP SIMPLEVILLE MUSIC<br>C/O BRADLEY ARANT<br>1 1819 5TH AVE. N.<br>BIRMINGHAM, AL 35203-2119 | ASCAP SIMPLEVILLE MUSIC<br>C/O BRADLEY ARANT<br>1 1819 5TH AVE. N.<br>BIRMINGHAM, AL 35203-2119 | Summary Judgment (Judge Myron Thompson) | | 48,000.00 |
| ALABAMA DEPT OF REVENUE<br>LEGAL DIVISION<br>P. O. BOX 320001<br>MONTGOMERY, AL 36132-0001 | ALABAMA DEPT OF REVENUE<br>LEGAL DIVISION<br>P. O. BOX 320001<br>MONTGOMERY, AL 36132-0001 | Payroll taxes | | 31,000.00 |

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re  Stage Door Development, Inc.        Case No. _____
                                  Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE<br>ATTN: BKR MAIL CLERK<br>801 TOM MARTIN DR., STE 126<br>BIRMINGHAM, AL 35211 | INTERNAL REVENUE SERVICE<br>ATTN: BKR MAIL CLERK<br>801 TOM MARTIN DR., STE 126<br>BIRMINGHAM, AL 35211 | 941 Tax liabilities - Tax lien filed in Probate Office of Dale Cty, AL, on 6/30/05 | | 19,217.24 |
| WIREGRASS ELECTRIC COOP.<br>P. O. BOX 158<br>HARTFORD, AL 36344 | WIREGRASS ELECTRIC COOP.<br>P. O. BOX 158<br>HARTFORD, AL 36344 | UTILITY SERVICE | | 18,000.00 |
| CONNER VERNON, JEROME JACKSON*<br>C/O H. SAMUEL PRIM,<br>P O BOX 2147<br>DOTHAN, AL 36302 | CONNER VERNON, JEROME JACKSON*<br>C/O H. SAMUEL PRIM,<br>P O BOX 2147<br>DOTHAN, AL 36302 | *& TIM WILLIAMS dba GREAT AMERICAN MARKETING COMPANY<br><br>JUDGMENT recovered in the Circuit Court of Dale Cty, AL on 2/2/07 & recorded in Probate Office | | 15,354.00 |
| ROSS TOWER CO., INC.<br>315 ELLIS BRYAN RD<br>TIFTON, GA 31794 | ROSS TOWER CO., INC.<br>315 ELLIS BRYAN RD<br>TIFTON, GA 31794 | Securing of FM tower including tightening of cables & installation of lights | | 10,065.00 |
| INTERNAL REVENUE SERVICE<br>ATTN: BKR MAIL CLERK<br>801 TOM MARTIN DR., STE 126<br>BIRMINGHAM, AL 35211 | INTERNAL REVENUE SERVICE<br>ATTN: BKR MAIL CLERK<br>801 TOM MARTIN DR., STE 126<br>BIRMINGHAM, AL 35211 | 941 Tax liabilities - Tax lien filed in Probate Office of Dale Cty, AL, on 1/11/07 | | 7,449.88 |
| INTERNAL REVENUE SERVICE<br>ATTN: BKR MAIL CLERK<br>801 TOM MARTIN DR., STE 126<br>BIRMINGHAM, AL 35211 | INTERNAL REVENUE SERVICE<br>ATTN: BKR MAIL CLERK<br>801 TOM MARTIN DR., STE 126<br>BIRMINGHAM, AL 35211 | 940 & 941 Tax liabilities - Tax lien filed in Probate Office of Dale Cty, AL, on 11/28/05 | | 7,256.13 |
| EDITH WINDHAM<br>2218 S. CTY RD 65<br>SAMSON, AL 36477 | EDITH WINDHAM<br>2218 S. CTY RD 65<br>SAMSON, AL 36477 | TOWER SITE LEASE | | 4,500.00 |
| ALABAMA DEPT OF REVENUE<br>LEGAL DIVISION<br>P. O. BOX 320001<br>MONTGOMERY, AL 36132-0001 | ALABAMA DEPT OF REVENUE<br>LEGAL DIVISION<br>P. O. BOX 320001<br>MONTGOMERY, AL 36132-0001 | Withholding tax liability - Tax lien filed in Probate Office of Dale Cty, AL, on 5/16/05 @ Bk 6, Pg 434 | | 4,189.29 |

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re  Stage Door Development, Inc.                                              Case No. _____
                                     Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ALABAMA DEPT OF REVENUE<br>LEGAL DIVISION<br>P. O. BOX 320001<br>MONTGOMERY, AL 36132-0001 | ALABAMA DEPT OF REVENUE<br>LEGAL DIVISION<br>P. O. BOX 320001<br>MONTGOMERY, AL 36132-0001 | Withholding tax liability - Tax lien filed in Probate Office of Dale Cty, AL, on 3/11/05 @ Bk 6, Pg 323 | | 2,777.62 |
| R & R<br>C/O PARNELL & CRUM, P.C.<br>P O BOX 2189<br>MONTGOMERY, AL 36102-2189 | R & R<br>C/O PARNELL & CRUM, P.C.<br>P O BOX 2189<br>MONTGOMERY, AL 36102-2189 | | Contingent | 1,750.00 |
| ALABAMA DEPT OF REVENUE<br>LEGAL DIVISION<br>P. O. BOX 320001<br>MONTGOMERY, AL 36132-0001 | ALABAMA DEPT OF REVENUE<br>LEGAL DIVISION<br>P. O. BOX 320001<br>MONTGOMERY, AL 36132-0001 | Withholding tax liability - Tax lien filed in Probate Office of Dale Cty, AL, on 9/12/05 @ Bk 6, Pg 687 | | 1,632.69 |
| ALABAMA DEPT OF REVENUE<br>LEGAL DIVISION<br>P. O. BOX 320001<br>MONTGOMERY, AL 36132-0001 | ALABAMA DEPT OF REVENUE<br>LEGAL DIVISION<br>P. O. BOX 320001<br>MONTGOMERY, AL 36132-0001 | Withholding tax liability - Tax lien filed in Probate Office of Dale Cty, AL, on 10/31/05 @ Bk 7, Pg 35 | | 1,433.60 |
| FUELLGRAF CHIMNEY & TOWER INC<br>4836 BRECKSVILLE RD<br>RICHFIELD, OH 44286 | FUELLGRAF CHIMNEY & TOWER INC<br>4836 BRECKSVILLE RD<br>RICHFIELD, OH 44286 | | Unliquidated<br>Disputed | 1,041.41 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  11/26/07                                   Signature  /s/ H. Jack Mizell
                                                            H. Jack Mizell
                                                            President

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                              18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                         Best Case Bankruptcy

In re  Stage Door Development, Inc.    Case No.
                         Debtor(s)       Chapter  11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 11/26/07            /s/ H. Jack Mizell
                          H. Jack Mizell/President
                          Signer/Title

```
STAGE DOOR DEVELOPMENT, INC.
285 E. BROAD ST.
OZARK AL 36360


ALABAMA DEPT OF REVENUE
LEGAL DIVISION
P. O. BOX 320001
MONTGOMERY AL 36132-0001


ALABAMA DEPT. OF INDUSTRIAL
RELATIONS
649 MONROE STREET
MONTGOMERY AL 36131


ARBITRON INC
142 57TH ST.
NEW YORK NY 10019


ASCAP JOEL MUSIC
C/O BRADLEY ARANT
1819 5TH AVE. N
BIRMINGHAM AL 35203-2119


ASCAP SIMPLEVILLE MUSIC
C/O BRADLEY ARANT
1 1819 5TH AVE. N.
BIRMINGHAM AL 35203-2119


BRADLEY ARANT
ATTORNEYS AT LAW
1819 5TH AVE. N.
BIRMINGHAM AL 35203-2119


CONNER VERNON, JEROME JACKSON*
C/O H. SAMUEL PRIM,
P O BOX 2147
DOTHAN AL 36302


EDITH WINDHAM
2218 S. CTY RD 65
SAMSON AL 36477
```

FIVE STAR CREDIT UNION
P O BOX 2028
DOTHAN AL 36302


FUELLGRAF CHIMNEY & TOWER INC
4836 BRECKSVILLE RD
RICHFIELD OH 44286


INTERNAL REVENUE SERVICE
ATTN: BKR MAIL CLERK
801 TOM MARTIN DR., STE 126
BIRMINGHAM AL 35211


JR ANGLEA
5 CLIFFORD DR.
SHALIMAR FL 32579


LANDMARK AMERICA
1268 N. RIVER RD STE 1
WARREN OH 44483


MARSH, COTTER & STEWART, LLP
P O BOX 310910
ENTERPRISE AL 36331


R & R
C/O PARNELL & CRUM, P.C.
P O BOX 2189
MONTGOMERY AL 36102-2189


ROSS TOWER CO., INC.
315 ELLIS BRYAN RD
TIFTON GA 31794


SESAC, INC.
C/O DAVID CHIP SCHWARTZ, ATTY
P O BOX 11366
BIRMINGHAM AL 35202-1366

STAGE ONE DEVELOPMENT, INC.
285 E. BROAD ST.
OZARK AL 36360


THE CITIZENS BANK
301 S. EDWARDS
P O BOX 310900
ENTERPRISE AL 36331-0900


TOMMY LAVENDER, REV. COMM.
DALE COUNTY, AL
P O BOX 267
OZARK AL 36361


WALTER P. LUNSFORD, RECEIVER
C/O JOE C. CASSADY, ATTY
PO BOX 311730
ENTERPRISE AL 36331-1730


WIREGRASS ELECTRIC COOP.
P. O. BOX 158
HARTFORD AL 36344


ALABAMA DEPT. OF REVENUE
COLLECTION SVCS DIV.
P O BOX 327820
MONTGOMERY AL 36132-7820


HAND ARENDALL, LLC
ATTORNEYS AT LAW
2001 PARK PLACE N. STE 1200
BIRMINGHAM AL 35203


INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA PA 19114-0326


LEONARD N MATH ESQ
CHAMBLESS MATH & CARR, P.C.
P O BOX 230759
MONTGOMERY AL 36123-0759

```
ROGER BATES, ATTY
HAND ARENDALL, LLC
2001 PARK PLACE N STE 1200
BIRMINGHAM AL 35203


UNITED STATES ATTORNEY
ATTN:  PATRICIA CONOVER
P. O. BOX 197
MONTGOMERY AL 36101-0197
```