# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                                             Case No. 07−11638
Chapter 11

Stage Door Development, Inc.

      Debtor

## NOTICE OF DEFICIENCY

Notice is hereby given to the Debtor(s) that the above referenced petition is deficient for one or more of the following reasons:

- [ ] **Fees:**
  New case fees to be paid in installments must be accompanied with an application to pay in installments (see below). All other fees due at time of filing.
  - [ ] $1039 CH. 11 Filing Fee
  - [ ] $26 Amendment Fee
  - [ ] $150 Mot: Relief From Stay
  - [ ] $255 Appeal

  Other Fee:

- [ ] **Certifications:**
  Must be submitted within 15 days of petition filing. [ 11 U.S.C. §521(a)(1) and §521(b) and Fed.R.Bankr.P. 1007(b) & (c) ]
  - [ ] Exhibit B not signed (must be signed by attorney, if debtor represented by attorney) – (Page 2 of petition)
  - [ ] Non−Attorney Petition Preparer information incomplete – (Page 3 of petition)
  - [ ] Notice to Debtor by Non−Attorney Bankruptcy Petition Preparer – (Official Form 19B)
  - [ ] Individual Debtor's signature that they have obtained and read the notice required by §342

- [x] **Statement of Monthly Income:**
  Form B−22B for CH. 11 Individual Debtors [ 11 U.S.C. §521(a)(1)(B)(v) and Fed.R.Bankr.P. 1007(a) ]

- [ ] **Payment Advices:**
  Copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition by the debtor from any employer of the debtor. [ 11 U.S.C. §521(a)(1)(B)(iv) ]

- [ ] **Application to Pay Filing Fees in Installments:** (Official Form 3)
  The debtor must be an individual and submit a signed application with the petition for court approval. [ Fed.R.Bankr.P. 1006(b) ]

- [ ] **Names and Addresses of All Creditors of the Debtor:**
  Case is subject to **immediate** dismissal if not submitted within 48 hours of petition filing.

- [x] **Schedules A − J:** (Official Form 6)
  Must be submitted within 15 days of the petition filing. Schedules I and J must be used if the debtor is an individual.
  [ 11 U.S.C. § 521(1) and Fed.R.Bankr.P. 1007(b) & (c) ]
  - [x] Schedule A
  - [x] Schedule D
  - [x] Schedule G
  - [ ] Schedule J
  - [x] Schedule B
  - [x] Schedule E
  - [x] Schedule H
  - [x] Summary of Schedules
  - [ ] Schedule C
  - [x] Schedule F
  - [ ] Schedule I
  - [x] Declaration Concerning Debtor's Schedules
  - [x] Statistical Summary of Certain Liabilities and Related Data

- [x] **Statement of Financial Affairs:** (Official Form 7)
  Must be submitted within 15 days of the petition filing. [ Fed.R.Bankr.P. 1007(b) & (c) ]

- [x] **Declaration Re: Electronic Filing of Petition, Schedules, and Statements** (ALMB Form 5005−5C)
  Must be submitted within 15 days of the petition filing and signed by debtor(s) and attorney for debtor(s).

- [x] **Statement Disclosing Compensation Paid or to Be Paid to the Attorney for the Debtor:**
  Must be submitted within 15 days of petition filing or any other date set by the court. [ 11 U.S.C. § 329 and Fed.R.Bankr.P. 2016(b) ]

- [ ] **List of Creditors Holding the 20 Largest Unsecured Claims** (Official Form 4)
  Must be submitted with the petition. Fed.R.Bankr.P. 1007(d) (Applies only to Voluntary Chapter 11)

- [ ] **Statement Disclosing Compensation Paid or to Be Paid to a "Bankruptcy Petition Preparer":**
  Must be submitted within 10 days of the petition filing. [ 11 U.S.C. § 110 ]

- [ ] **Other:**
  - [ ] Signature missing on Declaration
  - [ ] Attorney address missing
  - [ ] Missing Sttmt of SSN
  - [ ] Not plain or legible
  - [ ] Debtor address missing or incomplete
  - [ ] Attorney phone no. missing
  - [ ] Insufficient No. Copies

- [x] **Identified Deficiencies:**
  Aty Disclosure Stmt. due 12/11/2007
  Schedules A−J due 12/11/2007
  Summary of Schedules due 12/11/2007
  Stmt. of Fin. Affairs due 12/11/2007

Notes:

Notice: Under 28 U.S.C. § 1930(a) the debtor, or trustee if one is appointed, is required also to pay a fee to the United States Banruptcy Administrator at the conclusion of each calendar quarter until the case is dismissed or converted to another chapter. The amount to be paid is:

$250 if disbursements total less than $15,000;
$500 if disbursements total between $15,000 and $75,000;
$750 if disbursements total between $75,000 and $150,000;
$1250 if disbursements total between $150,000 and $225,000;
$1500 if disbursements total between $225,000 and $300,000;

$3750 if disbursements total between $300,000 and $1,000,000;
$5000 if disbursements total between $1,000,000 and $2,000,000;
$7500 if disbursements total between $2,000,000 and $3,000,000;
$8000 if disbursements total between $3,000,000 and $5,000,000;
$10,000 if disbursements total more than $5,000,000.