# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re  
STAGE DOOR DEVELOPMENT, INC.,

      Debtor

Case No. 07-11638-DHW  
Chapter 11

## ORDER SETTING EVIDENTIARY HEARING

Pursuant 11 U.S.C. § 1104, an evidentiary hearing on the motion for appointment of a trustee filed by Citizens Bank will be held at the United States Bankruptcy Court, United States Courthouse, Dothan, Alabama, on January 9, 2008, at 1:30 p.m.

Done this 13 day of December, 2007.

/s/ Dwight H. Williams, Jr.  
United States Bankruptcy Judge

c: Debtor  
   Collier H. Espy, Jr., Attorney for Debtor  
   Henry A. Callaway, III, Attorney for Creditor  
   Teresa R. Jacobs, Bankruptcy Administrator  
   All Creditors

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 1127-1          User: ewalker              Page 1 of 2              Date Rcvd: Dec 13, 2007
Case: 07-11638                Form ID: pdfALL            Total Served: 38
```

The following entities were served by first class mail on Dec 15, 2007.
```
db         +Stage Door Development, Inc.,   285 E. Broad St.,    Ozark, AL 36360-1522
cr         +American Society of Composers, Authors and Publish,    c/o Helen D. Ball, Esq.,
             Bradley Arant Rose & White,   1819 Fifth Avenue North,   Birmingham, AL 35203-2120
cr          Broadcast Music, Inc.,   c/o Parnell & Crum, PA,   P.O. Box 2189,   Montgomery, AL  36102-2189
cr          REGIONAL REPS CORP,   c/o Parnell & Crum, PA,   P.O. Box 2189,   Montgomery, AL  36102-2189
cr         +The Citizens Bank,   c/o Henry Calloway, Esq.,   P.O. Box 123,   Mobile, AL 36601-0123
1538990     ALABAMA DEPT OF REVENUE,   LEGAL DIVISION,   P. O. BOX 320001,   MONTGOMERY AL 36132-0001
1538991    +ALABAMA DEPT. OF INDUSTRIAL,   RELATIONS,   649 MONROE STREET,   MONTGOMERY AL 36131-0099
1539012     ALABAMA DEPT. OF REVENUE,   COLLECTION SVCS DIV.,   P O BOX 327820,   MONTGOMERY AL 36132-7820
1538992    +ARBITRON INC,   142 57TH ST.,   NEW YORK NY 10019-3397
1538993    +ASCAP JOEL MUSIC,   C/O BRADLEY ARANT,   1819 5TH AVE. N,   BIRMINGHAM AL 35203-2120
1538994     ASCAP SIMPLEVILLE MUSIC,   C/O BRADLEY ARANT,   1 1819 5TH AVE. N.,   BIRMINGHAM AL 35203-2119
1538995    +BRADLEY ARANT,   ATTORNEYS AT LAW,   1819 5TH AVE. N.,   BIRMINGHAM AL 35203-2120
1546753     Broadcast Music, Inc.,   c/o Parnell & Crum, P.A.,   P.O. Box 2189,   Montgomery, AL  36102-2189
1538996    +CONNER VERNON, JEROME JACKSON*,   C/O H. SAMUEL PRIM,,   P O BOX 2147,   DOTHAN AL 36302-2147
1538997    +EDITH WINDHAM,   2218 S. CTY RD 65,   SAMSON AL 36477-7712
1538998    +FIVE STAR CREDIT UNION,   P O BOX 2028,   DOTHAN AL 36302-2028
1538999    +FUELLGRAF CHIMNEY & TOWER INC,   4836 BRECKSVILLE RD,   RICHFIELD OH 44286-9177
1539013    +HAND ARENDALL, LLC,   ATTORNEYS AT LAW,   2001 PARK PLACE N. STE 1200,   BIRMINGHAM AL 35203-2731
1539000   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
             PHILADELPHIA PA 19114-0326
            (address filed with court: INTERNAL REVENUE SERVICE,   ATTN: BKR MAIL CLERK,
             801 TOM MARTIN DR., STE 126,   BIRMINGHAM AL 35211)
1539014   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
             PHILADELPHIA PA 19114-0326
            (address filed with court: INTERNAL REVENUE SERVICE,   P.O. BOX 21126,
             PHILADELPHIA PA 19114-0326)
1539001    +JR ANGLEA,   5 CLIFFORD DR.,   SHALIMAR FL 32579-1250
1539002    +LANDMARK AMERICA,   1268 N. RIVER RD STE 1,   WARREN OH 44483-2371
1539015     LEONARD N MATH ESQ,   CHAMBLESS MATH & CARR, P.C.,   P O BOX 230759,   MONTGOMERY AL 36123-0759
1539003    +MARSH, COTTER & STEWART, LLP,   P O BOX 310910,   ENTERPRISE AL 36331-0910
1539004     R & R,   C/O PARNELL & CRUM, P.C.,   P O BOX 2189,   MONTGOMERY AL 36102-2189
1545805     REGIONAL REPS CORP,   c/o Parnell & Crum, PA,   P.O. Box 2189,   Montgomery, Alabama 36102-2189
1539016    +ROGER BATES, ATTY,   HAND ARENDALL, LLC,   2001 PARK PLACE N STE 1200,   BIRMINGHAM AL 35203-2731
1539005    +ROSS TOWER CO., INC.,   315 ELLIS BRYAN RD,   TIFTON GA 31793-6456
1546792     Regional Reps Corporation,   c/o Parnell & Crum, P.A.,   P.O. Box 2189,
             Montgomery, AL  36102-2189
1539006     SESAC, INC.,   C/O DAVID CHIP SCHWARTZ, ATTY,   P O BOX 11366,   BIRMINGHAM AL 35202-1366
1543104    +STAGE DOOR DEVELOPMENT, INC.,   C/O LEONARD N. MATH,   P.O. BOX 230759,
             MONTGOMERY, AL 36123-0759
1539007    +STAGE ONE DEVELOPMENT, INC.,   285 E. BROAD ST.,   OZARK AL 36360-1522
1545804     Stage Door Development, Inc., dba WRJM-FM,   c/o Parnell & Crum, PA,   P.O. Box 2189,
             Montgomery, AL  36102-2189
1539008     THE CITIZENS BANK,   301 S. EDWARDS,   P O BOX 310900,   ENTERPRISE AL 36331-0900
1539009    +TOMMY LAVENDER, REV. COMM.,   DALE COUNTY, AL,   P O BOX 267,   OZARK AL 36361-0267
1539010     WALTER P. LUNSFORD, RECEIVER,   C/O JOE C. CASSADY, ATTY,   PO BOX 311730,
             ENTERPRISE AL 36331-1730
1539011    +WIREGRASS ELECTRIC COOP.,   P. O. BOX 158,   HARTFORD AL 36344-0158
```

The following entities were served by electronic transmission on Dec 13, 2007.
```
1539017     E-mail/PDF: patricia.conover@usdoj.gov Dec 13 2007 22:46:40      UNITED STATES ATTORNEY,
             ATTN: PATRICIA CONOVER,   P. O. BOX 197,   MONTGOMERY AL 36101-0197
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
1543020     American Society of Composers, Authors and Publish
                                                                                         TOTALS: 1, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

       ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 15, 2007**                    **Signature:**        *Joseph Speetjens*