## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

IN RE: )

STAGE DOOR DEVELOPMENT, INC., ) CHAPTER 11 CASE NO. 07-11638-DHW

    DEBTOR-IN-POSSESSION. )

___

**PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF THE DATE OF THIS OBJECTION. RESPONSES SHOULD BE FILED ELECTRONICALLY OR MAILED TO CLERK OF THE COURT, UNITED STATES BANKRUPTCY COURT, ONE CHURCH STREET, MONTGOMERY, AL 36104.**

___

### OBJECTION TO CLERK'S OFFICE CLAIM NO. 20 OF JAMES TIMOTHY TURNER

COMES NOW the DIP, by and through its undersigned attorney, and submits the instant Objection to the claim filed in this Chapter 11 proceeding by James Timothy Turner designated as Clerk's Office Claim No. 20 dated July 7, 2008, based upon the following grounds, to-wit:

1. A voluntary Petition under Title 11, Chapter 11 (11 U.S.C. Sec. 1101 et seq.) was filed by the Debtor on the 26th day of November, 2007, which resulted in entry of an Order of Relief;

2. Mr. James Timothy Turner has recently filed the above-referenced Proof of Claim in this proceeding in the amount of $5,000,000.00;

3. Upon information and belief Mr. Turner held no pre-petition claim whatsoever against the Debtor or the Debtor's Estate;

4. Although it appears to the undersigned attorney Mr. Turner is alleging liability based upon presentment of a Registered Bonded Promissory Note JTTBPN0005 dated May 2, 2008, in the amount of $2,388,838.33, the undersigned attorney for the Debtor can find no legal basis for this document to constitute a claim against the Debtor's Estate.