UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re:  Case No.: 07-11638-DHW
Chapter 11

STAGE DOOR DEVELOPMENT, INC.,

Debtor,

WILLIAM C. CARN, III, Trustee,

Plaintiff,  Adv. Pro. No. 08-1023-DHW

v.

H. JACK MIZELL,

Defendant.

## Emergency Petition for Blocking Sales of Assets And Notice of Crime

Comes now Jack Mizell, hereinafter "Jack," "I," "me," or "my," demanding latitude, and petitions the court for blocking all sales and liquidations of the assets of Stage Door Development, INC., Jack Mizell, authorized representative, by the Trustee and timely shows the court the following:

1. Pursuant to Title 18 USC § 4 Misprison of a felony, I must inform the court of the Patriot Act and FINCEN financial crimes committed by Citizens bank in conspiracy with the bankruptcy trustee, attorneys for Citizens bank, and the judge of the circuit court of Coffee county, Alabama that must require the judge of this court for blocking all sales of assets until Citizens bank is examined for criminal conversion of the

assets of Jack Mizell, criminal conversion of public funds, bank fraud, wire fraud, money laundering, and tax evasion.

Loaning credits that do not belong to the bank

2. Citizens bank has never produced for inspection either by me or by the bankruptcy trustee or by the judge of the court of the circuit court of Coffee county my original promissory note with which I created the note money that Citizens bank then converted into bank credits of the United States and then loaned to me.

3. Citizens bank does not have my original note and therefore the bank is not the holder in due course.

4. Citizens bank does not have the right to sue for damages because the bank is not damaged after the bank sold my note for a profit.

5. I, Jack Mizell, am the damaged party because I never gave Citizens bank permission to sell my note money to a third party and then not have my note money ready for return to me after I paid for the use of the credits I got up front in exchange for my note money I willingly offered to the bank for temporary conversion into public bank credit money so that I could do good works in the community.

6. I have no contract with Citizens bank for suing for damages the bank has not sustained. The matter should have been dismissed in the circuit court.

7. There is some sort of willful ignorance, willful negligence, or criminal conspiracy existing in the state circuit court that allowed Citizens bank to maintain an action without my original note and without proving that the bank is damaged.

8. I sought the assistance from the bankruptcy court with the understanding that the bankruptcy judge and the trustee will demand that the creditors like Citizens bank will prove that they are in fact damaged and verify their claims.

9. I have learned that the trustee has admitted that Citizen bank does not have my note money original promissory note and therefore Citizens bank is not the holder in due course, and therefore the bank is not damaged.

10. I will not belabor the court with the hundreds of case cites that express that a bank cannot loan its credit.

11. And the court knows that a national bank is not a bank in common law, but a national bank is public policy bank that can loan credit using common law and statute as a guide after I first loan to Citizen bank my note money.

12. But a national bank is prohibited from using Generally Accepted Accounting Practices, GAAP, and secret insider knowledge about how a national bank operates for the purposes of criminal conversion of private note money legally converted one time into bank credits of the United States, and then commit criminal conversion of public funds after I loaned my private note money to the bank and the bank became the custodian of the then my private note money legally converted into public policy credit money funds for loan back to me for doing public works in the community.

### The Scheme and the Artifice

13. Briefly this is how the bank has committed Patriot Act and FINCEN financial crimes of criminal conversion of private note money, criminal conversion of public credit funds, bank fraud, wire fraud, money laundering, and tax evasion and fraudulent debt collection.

14. Always remember that I, Jack Mizell, sovereign without subjects, created the private note money for the bank to create the public credits to loan back to me.

15. I needed a lot of money all at once and I knew that Citizens bank, being a creature of public policy, could work with me for creating all the credits of the United States that I would need by their power and license for converting private note money from people like me into public credit funds for loan to people like me who will complete major projects for the good of the public.

16. I contracted with the bank to give them 2.9 million dollars of my note money in exchange that they would give me 2.9 million dollars of public credits of the United States for operating my television station for the good of the public community.

17. I created promissory note money and signed the note money and gave the note money to the bank.

18. Citizens bank took my private note money and with its license legally converted my note money into public credit funds for loaning back to me to operate my television station for the good of the public. For the good of the people is the purpose of HJR 192.

19. Citizens bank then committed criminal conversion of my private note money as well as criminal conversion of public credit funds, and instead of keeping my note money safe for return to me after I finished renting the public credits of the United States that I received in exchange for my note money, Citizens bank sold my note money to a third party and made a profit and the bank no longer had at risk any of its real money, or my note money, or my borrowed public credit money, and the bank began collecting for an alleged debt that did not exist while cooking its books for making it appear to the bank examiners that Citizens bank was still at risk for public credits.

20. However, Citizens bank failed to tell me that it had sold my note money and that the bank no longer had at risk any public credit money, and continued to deceive me into paying back on what it terms as "the debt" installment payment side of the promissory note transaction which is attorney speak for concealing crime of criminal conversion, deceptive trade practices, and fraudulent debt collection.

21. At the point when Citizens bank was paid for selling my note money, the bank has nothing at risk and is collecting from me principle and interest for the use of credit money that it has already been restored to a profit situation 9 times because the bank criminally converted my note money, which was once legally converted into public credit funds, into its own funds and sold my note money and then showed a money asset on their balance sheet for which Citizens bank did not declare for taxes and that Citizens bank loaned out 9 more times due to the fractional reserve banking rules of the public policy.

22. This scheme and artifice for fraudulent debt collection, criminal conversion, bank fraud, wire fraud, money laundering, and tax evasion looks legal because at all times the bank has maintained its books to make any examiner think that the bank still has its credits at risk to my loan.

23. Then, without contract, without damage, without rights of the holder in due course, the bank has caused judges and bankruptcy court trustee to assist Citizens bank to profit a third time on the original value of my note money by convincing the court and the trustee that the bank is somehow damaged and should be awarded my assets used for collateral when in actuality Citizens bank no longer had any of its credits at risk and had in fact made a sizable profit the moment the bank sold my note money without telling me, and loaned out the credit money the bank received 9 more times.

Conclusion

24. All of the foregoing is incorporated into this section.

25. Citizens bank has taken what is legal under public policy for converting note money onto public policy FRN credits of the United States, what is legal one time under public policy, and GAAP for accounting for the transaction as if the bank had at risk its own real money, taken from the Uniform Commercial Code the part about security interests, but conveniently forgot about the rules about needing to be the holder in due course, and has taken what is legal in the banking rules of public policy and created a scheme and artifice for committing criminal conversion of private note money and criminal conversion of public credit money, bank fraud and wire fraud, money laundering, fraudulent debt collection, and finally, Citizens bank, after profiting 3 times from my note money and 9 times from fractional reserve banking rules, now has a tax due to the IRS for an amount greater than the amount of my original note money the bank criminally converted from me.

Demand for blocking the sale of my assets

26. All of the foregoing is incorporated into this section.

27. Because of all of the foregoing scheme and artifice for FINCEN crimes I have explained to the court, I demand that the sale of my assets be blocked until an examination of what has Citizens bank done with my criminally converted note money and what has the bank done with the criminally converted public credit money, and what has Citizens bank been doing with the fraudulently collected installment payments, and without being damaged, what does the bank claim as its cause of action.

28. Citizens bank has never been at risk for its own real or credit money, and Citizens bank lied to the court.

29. Citizen bank loaned to me Federal Reserve Note public policy credits, and because the FRN's have been adjudicated many times to be absolutely worthless, the bank was not damaged and has no cause of action. The bank has been paid for the

use of its license for converting my note money into public policy worthless FRN credit money and Citizens bank is not now nor has ever been damaged.

Declaration of evidence of felony financial crimes

30. All the foregoing is incorporated into this section

31. "By this verified Petition I am giving verified notice to the judge of this court of extremely serious financial crimes designed and implemented by Citizens bank for the purpose of stealing my assets under the color of law, and, because of the crimes, the court must stop the sale of my assets due to the aforecited financial crimes scheme and artifice, and further, stop the Patriot Act and FINCEN financial crimes being committed by Citizens bank. If the judge of the court will not call for an examination of the books of the bank for determining the criminal conversion of my note money, then I will complete an affidavit of criminal complaint to be sent to the Homeland Security and the Justice Department and the Department of the Treasury FINCEN, and to the Coffee county Alabama District Attorney and to the foreman of the federal grand jury. The Patriot Act has been violated and FINCEN financial crimes are being committed by Citizen bank and must be stopped.

Executed this August 29th, 2008 A. D.,

Jack Mizell petitions no further."

_____
Jack Mizell, authorized representative

Verification

Executed before me, a Notary for the people of Alabama, on August 29th, 2008, by Jack Mizell, a man known to me.

Seal:

_____
Notary for the people of Alabama

Certificate of Service

IT IS HEREBY CERTIFIED that service of the foregoing EMERGENCY PETITION FOR BLOCKING SALES OF ASSETS AND NOTICE OF CRIME has been this 29th day of August 2008, been made by depositing copies thereof, postage prepaid, in th United States mail addresses to the following:

_____
Jack Mizell, authorized representative

Mr. William Carlisle Carn, III
In care of:
Mr. William Wayne Nichols
C/o Lee and McInish
Post Office Box 1665
Dothan, Alabama 36302-1665
334.792.4156
Email: wnichols@leeandmcinish.com


Attorney for Citizens bank
Roger L. Bates, Esq.
2001 Park Place North, Suite 1200
Birmingham, Alabama 35203


Bankruptcy Clerk Case No. 07-11638-DHW
U. S. Bankruptcy Court
Middle District of Alabama
One Church Street, B300
Montgomery, AL 36104

Clerk District Court, Civil Action No. 1:08mc3418-MHT
Middle District of Alabama
One Church Street
Montgomery, AL 36104

Clerk Case No. 07-11638-DHW
United States Bankruptcy Court
Middle District of Alabama
One Church Street, B003
Montgomery, AL 36104


From: H. Jack Mizell
285 East Broad Street
Ozark, AL 36360

# NOTARY PRESENTMENT

**Enclosed documents are being presented by the under signed notary with return receipt requested by certified mail No.** 7007 0220 0004 0566 2555
**The following documents were place in an envelope, sealed and mailed by the undersigned Notary.**

# List of Documents

1. **Emergency Petition for Blocking Sales of Assets and Notice of Crime**

**I solemnly swear or affirm on August 29, 2008 H. Jack Mizell appeared before me and presented the afore mentioned documents.**


*Charlotte Allison Davis* (signature)
**Charlotte Allison**

Notary Seal

**CERTIFIED MAIL**

U.S. POSTAGE PAID
OZARK, AL 36360
SEP 02, 08
AMOUNT $5.49
0000158-09

7007 0220 0004 0566 2555

H. Jack Mizell
285 East Broad Street
Ozark, AL 36360

Bankruptcy Clerk Case No. 07-11638-DHW
U. S. Bankruptcy Court
Middle District of Alabama
One Church Street, B300
Montgomery, AL 36104

RETURN RECEIPT REQUESTED