UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                    Case No. 07-11638-DHW
                                                         Chapter 11
STAGE DOOR DEVELOPMENT, INC.,

      Debtor.

ORDER DENYING MOTION

H. Jack Mizell, shareholder of the debtor, filed a motion on September 3, 2008 to block the sale of assets of the debtor, which sale was previously approved by this court on July 3, 2008. Mizell requested an expedited hearing.

The motion came on for hearing on September 10, 2008. In accordance with the ruling of the court from the bench following presentation of the evidence, it is

ORDERED that the motion is DENIED.

Done this 11th day of September, 2008.

/s/ Dwight H. Williams, Jr.
United States Bankruptcy Court

c: Debtor
   C. H. Espy, Jr., Attorney for Debtor
   H. Jack Mizell, Movant
   William C. Carn, III, Trustee
   Henry A. Callaway, III, Attorney for The Citizens Bank