RLPY 03805 PAGE 0628

FILED
SEP 1 2 2008
U.S. BANKRUPTCY COURT
MONTGOMERY, ALABAMA

Situs of the Law and Power of Attorney:
The republic state of Alabama          §
                                       § SS: **DURABLE POWER OF ATTORNEY IN FACT**
Dale county                            §

[NOTICE to Grantor/Declarant: THIS IS AN IMPORTANT DOCUMENT. BEFORE SIGNING THIS DOCUMENT, YOU SHOULD KNOW THESE IMPORTANT FACTS. THE PURPOSE OF THIS POWER OF ATTORNEY IS TO GIVE THE PERSON WHOM YOU DESIGNATE (YOUR "AGENT") BROAD POWERS FOR HANDLING YOUR PROPERTY, WHICH MAY INCLUDE POWERS FOR PLEDGING, SELLING OR OTHERWISE DISPOSING OF ANY REAL OR PERSONAL PROPERTY <u>WITHOUT ADVANCE NOTICE</u> TO YOU <u>OR APPROVAL</u> BY YOU. YOU MAY SPECIFY THAT THESE POWERS WILL EXIST EVEN AFTER YOU BECOME DISABLED, INCAPACITATED, INCOMPETENT, OR DECEASED. THIS DOCUMENT DOES NOT AUTHORIZE ANYONE TO MAKE MEDICAL OR OTHER HEALTH CARE DECISIONS FOR YOU WHILE YOU REMAIN SENTIENT. IF THERE IS ANYTHING ABOUT THIS FORM THAT YOU DO NOT UNDERSTAND, YOU SHOULD ASK A LAWYER TO EXPLAIN IT TO YOU. YOU MAY REVOKE THIS POWER OF ATTORNEY IF YOU LATER WISH TO DO SO AT ANY TIME FOR ANY REASON.]

"I, **HAYWOOD JACKSON MIZELL**, an individual, Declare:

"Greetings: To all other sovereigns in the state; and to men, women, and persons, principals and agents, and commercial agents, wards, agents and trustees of wards in this state; by these presents: be it known that I, **HAYWOOD JACKSON MIZELL**, an individual, competent for making the appointment of agent and power of attorney, and therefore, I, the undersigned Grantor, do hereby make and grant a durable power of attorney to my agent, **Haywood Jackson "Jack" Mizell**, a living man created in a sovereign state by God, and Haywood-Jackson, "Jack," is domiciled within the outer borders and on the land of "Dale county", within the outer borders of "the state of Alabama", a part of "The United States of America," without "the United States," and I do thereupon constitute and appoint said **Haywood-Jackson, "Jack,"** who is also a disciple of Jesus Christ, as **my attorney-in-fact and agent** who is authorized for **acting for me** as needed. In exchange for the payment of one ounce of gold coin to my agent, **I hereby authorize my attorney-in-fact and agent for acting in my name, place and stead in any way which I myself could do, if I were personally present, with respect for the following matters, for the extent that I am permitted by law for acting through an agent and my agent has accepted the appointment:** [NOTICE: *The grantor must write his/her initials* in the corresponding blank space of a box below with respect to each of the subdivisions (A) through (R) below *for which the Grantor wants to give the agent authority*. If the blank space within a box for any particular subdivision is **NOT** initialed,

---

Power of Attorney: HAYWOOD JACKSON MIZELL to HAYWOOD JACKSON MIZELL
Page | 1 of 5

*NO AUTHORITY WILL BE GRANTED for matters that are included in that subdivision.* **Cross out each power withheld.**]

[ Example for granting an authority:   "[ XYZ ]   **(A)** Real estate transactions" ]

[ Example for **no grant** of authority:   "[ lv. blank ] ~~(A) Real estate transactions~~" ]

"After carefully considering each subdivision below I make the following grants of authority to my agent and indicate grant by marking per the above examples:

[HJM]  **(A)**  Real estate transactions

[HJM]  **(B)**  Tangible personal property transactions

[HJM]  **(C)**  Bond, share, stock share, and commodity transactions

[HJM]  **(D)**  Banking transactions

[HJM]  **(E)**  Business operating transactions

[HJM]  **(F)**  Insurance transactions

[HJM]  **(G)**  Gifts to charities and individuals other than Attorney-in-Fact and Agent

[HJM]  **(H)**  Claims and litigation

[HJM]  **(I)**  Personal relationships and affairs

[HJM]  **(J)**  Benefits from military service

[HJM]  **(K)**  Records, applications, reports and statements

[HJM]  **(L)**  Full and unqualified authority to my Attorney-in-Fact and Agent to delegate any or all of the foregoing powers to any person or persons whom my Attorneys-in-Fact and Agents shall select

[HJM]  **(M)**  Access to safe deposit box(es)

[HJM]  **(N)**  To authorize medical and surgical procedures; and further, all life-threatening and non-emergency invasive techniques must be approved by my agents if I am incapacitated

[HJM]  **(O)**  **All other matters including**, but not limited to, trust and trusteeship matters and all nature of matters for any trust(s) for which I am named or presumed a trustee.

---

[*HJM*] **(P)** All other foregoing Powers of Attorney having been previously distributed as needed are deemed continuing in full force and effect for the purpose for which they were delivered to third parties.

[*HJM*] **(Q) And further, all other matters including**, but not limited to, all courts of "the state" no matter in which state said courts are found, all courts of "the state of Alabama," all courts of "the State of Alabama," all courts of "this state" no matter in which state said courts are found, and all courts of "THE STATE OF ALABAMA," all courts of "The United States of America" and all courts of the deceptively similarly named "the United States" and further, divorce courts, child support courts, ecclesiastical courts, Law courts, equity courts, corporation courts, penal courts, civil courts, criminal courts, probate courts, traffic courts, municipal courts, suits for libel, defamation, and trespass, all other types of suits, Writs of Habeas Corpus, other types of writs and process, contracts with officers and commercial agents from all branches of the governments of both "the state" and of "this state", jail matters, legal matters, legal papers, Law matters, Law papers, UCC matters, UCC papers, tax matters and tax papers, copyright matters, art, papers, and recordings, land title matters, private property title matters, contracting of all types and for all matters, even such as orders to, or approval of orders by, Physicians and other hospital or medical or assistance caregivers, and all things I could do myself if I were present and sentient.

**Durable Provision:**

[*HJM*] **(R) If the blank space in the block to the left is initialed by the Grantor, the power of attorney granted herein shall <u>not</u> be affected by the subsequent disability, incompetence, or death of the Grantor until it is agreed by all members of my family that all matters of probate have been settled.**

**Other Terms:**

"My Attorney-in-Fact and Agent hereby accepts this appointment subject to its terms and agrees for acting with fidelity and perform in said fiduciary capacity consistent with my best interests as he in his best discretion deems advisable, and I affirm and ratify all acts so undertaken. **<u>NOTICE</u>**: TO INDUCE ANY THIRD PARTY TO ACT HEREUNDER, I HEREBY AGREE THAT ANY THIRD PARTY RECEIVING A DULY EXECUTED COPY OR FACSIMILE OF THE RECORDED INSTRUMENT MAY ACT HEREUNDER, AND THAT REVOCATION OR TERMINATION HEREOF SHALL BE INEFFECTIVE AS TO SUCH THIRD PARTY UNLESS AND UNTIL ACTUAL NOTICE OR KNOWLEDGE OF SUCH REVOCATION OR TERMINATION SHALL HAVE BEEN RECEIVED BY SUCH THIRD PARTY, AND I FOR MYSELF AND FOR MY HEIRS,

---

Power of Attorney: HAYWOOD JACKSON MIZELL to Haywood-Jackson "Jack" Mizell
Page | 3 of 5

EXECUTORS, LEGAL REPRESENTATIVES AND ASSIGNS, HEREBY AGREE TO INDEMNIFY AND HOLD HARMLESS ANY SUCH THIRD PARTY FROM AND AGAINST ANY AND ALL CLAIMS THAT MAY ARISE AGAINST SUCH THIRD PARTY BY REASON OF SUCH THIRD PARTY HAVING RELIED ON THE PROVISIONS OF THIS INSTRUMENT. SPECIFICALLY, **BANKS AND FINANCIAL INSTITUTIONS** WILL BE IMMEDIATELY NOTIFIED OF ANY CHANGES OF AGENTS, TERMS, OR AUTHORITY OF THIS INSTRUMENT AND **SHALL BE HELD HARMLESS AND WITHOUT LIABILITY** FOR ANY ACTS CARRIED OUT UNDER THE AUTHORITY OF THIS POWER OF ATTORNEY.

"Executed and declared under seal this 12TH day of September, A. D., 2008, without the United States, I am,

L.S. _Haywood Jackson Mizell_
Autograph and seal of HAYWOOD JACKSON MIZELL,
An individual, Grantor."

## VERIFICATION and CERTIFICATION

| The republic state of Alabama | § | |
| | § | ss: |
| Dale county | § | |

On the 12th day of September A. D., 2008, before me, a notary for the people living within the state of Alabama, appeared HAYWOOD JACKSON MIZELL, an individual, and personally known to me to be the individual whose name is subscribed to the foregoing Durable Power of Attorney and acknowledged to me that he is competent and understands the nature and broad range of power he is conveying to his agent, and he executed the foregoing in his God-created sovereign lawful capacity, and that by his autograph signature seal on the instrument, he executed the instrument.

WITNESS my hand and official seal.

SEAL:

Signature _Sheila P. Landy_
Notary for the State of Alabama

**NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 27, 2011
BONDED THRU NOTARY PUBLIC UNDERWRITERS**

---

Power of Attorney: HAYWOOD JACKSON MIZELL to Haywood-Jackson "Jack" Mizell
Page | 4 of 5

Situs of the Law and Acceptance of Appointment of Power of Attorney:
Without the United States

| | | |
|---|---|---|
| The republic state of Alabama | § | |
| | § | ss: |
| Dale county | § | |

### Acceptance of Appointment of Agent and Durable Power of Attorney

"I, Haywood-Jackson, "Jack" of the family of Mizell, Grantee, disciple, understanding the terms, conditions, authorities, restrictions, and powers invested in me by HAYWOOD JACKSON MIZELL, Grantor, and for one ounce gold coin consideration exchanged and acknowledged received, accept the appointment of agent and durable power of attorney.

"Executed and declared under seal this /2TH day of September, A. D., 2008, without the United States, and in the Name of Jesus Christ, I am,

L.S. _Haywood Jackson "Jack" Mizell_
Autograph and seal of Haywood Jackson "Jack" Mizell,
a man, disciple, Diplomat, Grantee."

### VERIFICATION and CERTIFICATION

| | | |
|---|---|---|
| The republic state of Alabama | § | |
| | § | ss: |
| Dale county | § | |

On the 12th day of September A. D., 2008, before me, a notary for the people living within the state of Alabama, appeared Haywood Jackson "Jack" Mizell, a living man and disciple of Jesus Christ, and personally known to me to be the man whose name is subscribed to the foregoing Acceptance of Appointment of Agent and Durable Power of Attorney and acknowledged to me that he is competent and sentient and understands the nature and broad range of power and responsibility he is accepting as agent and power of attorney, and he executed the foregoing in his authorized capacities, and that by his autograph signature on the instrument, he executed the Acceptance of Appointment of Agent and Durable Power of Attorney.

WITNESS my hand and official seal.
SEAL:

CERTIFIED COPY
I hereby certify this document was filed in Montgomery County, Alabama on 9/12/08 in
Book C3805
Page 0628-0632
_Reese McKinney jr._
Judge of Probate

Signature _Sheila P Lunsford_
Notary for the State of Alabama

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 27, 2011
BONDED THRU NOTARY PUBLIC UNDERWRITERS

Power of Attorney: HAYWOOD JACKSON MIZELL to Haywood-Jackson "Jack" Mizell
Page | 5 of 5

STATE OF ALA.MONTGOMERY CO.
I CERTIFY THIS INSTRUMENT WAS FILED ON
RLPY 03805 PG 0628-0632 2008 Sep 12 03:54PM
REESE MCKINNEY JR.

Case 07-11638-DHW Doc 98 Filed 09/12/08 Entered 09/15/08 09:08:25 Desc Main
Document Page 5 of 9

| | |
|---|---|
| INDEX | $5.00 |
| REC FEE | $12.50 |
| CERT | $1.00 |
| Desc Main | $18.50 |

95372    Clerk: LESLIE 03:55PM

# ALABAMA
## Center for Health Statistics

Department of Commerce
Bureau of the Census

**STANDARD CERTIFICATE OF LIVE BIRTH**
**STATE OF ALABAMA**

State File No. 72813
Registrar's No. 72813

THIS CERTIFICATE MUST BE FILED WITH LOCAL REGISTRAR WITHIN FIVE (5) DAYS AFTER BIRTH

USE TYPEWRITER OR DARK INK

1. PLACE OF BIRTH:
   (a) County: Dale  Beat No. 10
   (b) City or town: Rural (If outside city or town limits write RURAL)
   (c) Name of hospital or institution: _____
       (If not in hospital or institution give street number)
   (d) Mother's stay before delivery:
       In hospital or institution _____ In this community ala
       (Specify whether years, months, or days) 0.yr

2. USUAL RESIDENCE OF MOTHER:
   (a) State: Alabama
   (b) County: Dale  Beat No. 10
   (c) City or town: Rural (If outside city or town limits write RURAL)
   (d) Street No. R.F.D. 2 (If rural give R.F.D. and Box No.)

3. Full Name of Child: Haywood Jackson Mizell

4. Date of Birth: Sept. 6, 1943

5. Boy or girl: Boy
6. Twin or triplet? ___ If so—born 1st, 2nd, 3rd (Answer only in event of plural birth)
7. Number of months of pregnancy: 9
8. Is mother married? Yes

**FATHER OF CHILD**

9. Full name: Jno. Jackson Mizell
10. Color or race: W
11. Age at time of this birth: 32 yrs
12. Where born? Dale Co., Ala.
13. Usual occupation: Farmer
14. Industry or business: Farming

**MOTHER OF CHILD**

15. Full maiden name: Susanna Hagler
16. Color or race: W
17. Age at time of this birth: 24 yrs
18. Where born? Dale Co., Ala.
19. Usual occupation: Housekeeper
20. Industry or business: Home

21. Other children born to this mother:
   (a) How many are now living? 2
   (b) How many were born alive but are now dead? 0
   (c) How many were born dead? 0

**INFORMATION BELOW IS NOT A PART OF THE LEGAL CERTIFICATE**
(a) Was a blood test for syphilis made on the mother of this child during pregnancy? Yes
(b) Congenital malformations? None
Specify whether clubfoot, harelipped, etc.

22. CERTIFICATION OF ATTENDANT:
I hereby certify that I attended the birth of this child who was born alive at hour of 9 a.m. on the date stated above and that the information given above was furnished by
J.J. Mizell
related to this child as Father
Signed: Norman W. Holman
M. D., Midwife, or other? (specify) M.D.
Address: Ozark, Ala.

23. Date filed with local registrar: OCT 11 1943
24. Local registrar's signature: Ralph W. Roberts

Mother's complete mailing address:
Name: Mrs. J.J. Mizell
R.F.D. 2, Ozark, Ala.

I, Dorothy S. Harshbarger, State Registrar of Health Statistics, certify this is a true and exact copy of the original certificate filed in the Center for Health Statistics, State of Alabama, Department of Public Health, Montgomery, Alabama, and have caused the official seal of the Center for Health Statistics to be affixed. 2008-399-832-1

Dorothy S. Harshbarger, State Registrar

HAYWOOD JACKSON MIZELL
By: *Haywood Jackson Mizell* [signature]
Authorized Representative
Private Offset Account # ·      8286

FBO: H JACK MIZELL         8286 et al
    and 07-11638 DHW

Pay to the United States Treasury, **Six Million Nine Hundred Thousand** United States Dollars, and charge the same to the CITIZENS BANK of Enterprise Alabama, or pay any bank, or pay to the bearer, or pay to the order:

Haywood Jackson Mizell  
c/o 285 East Broad Street  
Ozark, Alabama  
Non domestic without the US

Issue date: September 11, 2008  
Bond number HJMOB0001

Henry M. Paulson, Jr.- Secretary of the Treasury  
The United States Department of the Treasury  
1500 Pennsylvania Ave NW  
Washington, D.C. [20220]

## PRIVATE REGISTERED BOND FOR SET OFF - NON-NEGOTIABLE

### Value of Bond is $ 6,900,000.00 US Dollars

Re: **CERTIFICATE OF LIVE BIRTH # 72813 (ALABAMA) ACCEPTED FOR VALUE and EXEMPT FROM LEVY**

**DEPOSITED TO US TREASURY AND CHARGED TO HAYWOOD JACKSON MIZELL FOR THE**

**BENEFIT OF CITIZENS BANK OF ENTERPRISE ALABAMA ACCOUNT # 5618002**

Attention: Henry M. Paulson, Jr., Respondent

Enclosed, the undersigned, Haywood Jackson Mizell herewith accepts for value the enclosed bond, Certificate of Live Birth, No. 72813, and all endorsements front and back, being the only legitimate acceptor of said bond being the only party to have put any value into said bond, being the contributing beneficiary of the same. This is in accordance with Uniform Commercial Code, and House Joint Resolution 192 of 5 June 1933, and UCC 1-104 and Public Law 73-10.

### BOND ORDER

Please deposit this bond to an account bearing the Number 8286 for future identification purposes, and to be used as a set off account against any bills, taxes, or claims, and the like against Haywood Jackson Mizell 8286 or any bills, taxes, or claims, and the like, against the HAYWOOD JACKSON MIZELL -8286 debtor to Haywood Jackson Mizell, secured Party, see enclosed UCC-1 Financing Statement), said claim(s) to have been "accepted" and endorsed by Haywood Jackson Mizell.

Please adjust any bills, taxes or claims, and the like, against Haywood Jackson Mizell [see Certificate of Live Birth, enclosed] or the HAYWOOD JACKSON MIZELL 8286 to zero, charge, settle and close any such account, and return the interest to the principal, Haywood Jackson Mizell at the above post location. Henry Paulson, the Secretary of the Treasury, the United States Department of the Treasury shall have Thirty (30) days from the date of receipt of this Bond, as witnessed by the Date of Receipt affixed to the US POST OFFICE INTERNATIONAL MAIL Receipt, or other delivery, to dishonor this Bond by returning this Bond to the Principal, with an explanation of all deficiencies, at the stipulated mailing address by non domestic post. Failure to return the Bond as stated shall constitute Acceptance and Honoring of this Bond, the Associated transactions, and presentments, in accordance with the Law, by Henry Paulson, the Secretary of the US Treasury, and The United States Department of the Treasury to all of the Terms and Conditions contained herein. This Bond shall be ledgered, as an asset, as best suits the needs of The United States Department of the Treasury. This Bond expires on June 10, 2009 Void where prohibited by law.

Haywood Jackson Mizell - Principal  
Exemption ID # ███8286  
c/o 285 East broad Street  
Ozark, Alabama  
Non-Domestic without the US

Surety #1– James Timothy Turner  
Exemption ID # ███4067  
c/o 727 County Road 37  
Skipperville, Alabama  
Non-Domestic without the US

Surety #2 - Billy Ray Hall  
Exemption ID # ███079█  
c/o 1613 Wicksburg Road  
Newton, Alabama  
Non-Domestic without the US

Page 1 of 1

# 2007 Form 1040-V


Department of the Treasury
Internal Revenue Service

## What Is Form 1040-V and Do You Have To Use It?

It is a statement you send with your check or money order for any balance due on the "Amount you owe" line of your 2007 Form 1040. Using Form 1040-V allows us to process your payment more accurately and efficiently. We strongly encourage you to use Form 1040-V, but there is no penalty if you do not.

## How To Fill In Form 1040-V

**Line 1.** Enter your social security number (SSN). If you are filing a joint return, enter the SSN shown first on your return.

**Line 2.** If you are filing a joint return, enter the SSN shown second on your return.

**Line 3.** Enter the amount you are paying by check or money order.

**Line 4.** Enter your name(s) and address exactly as shown on your return. Please print clearly.

## How To Prepare Your Payment

- Make your check or money order payable to the "United States Treasury." Do not send cash.
- Make sure your name and address appear on your check or money order.
- Enter "2007 Form 1040," your daytime phone number, and your SSN on your check or money order. If you are filing a joint return, enter the SSN shown first on your return.
- To help process your payment, enter the amount on the right side of your check like this: $ XXX.XX. Do not use dashes or lines (for example, do not enter "$ XXX—" or "$ XXX $\frac{xx}{00}$ ").

## How To Send In Your 2007 Tax Return, Payment, and Form 1040-V

- Detach Form 1040-V along the dotted line.
- Do not staple or otherwise attach your payment or Form 1040-V to your return or to each other. Instead, just put them loose in the envelope.
- Mail your 2007 tax return, payment, and Form 1040-V in the envelope that came with your 2007 Form 1040 instruction booklet.

**Note.** If you do not have that envelope or you moved or used a paid preparer, mail your return, payment, and Form 1040-V to the address shown on the back that applies to you.

**Paperwork Reduction Act Notice.** We ask for the information on Form 1040-V to help us carry out the Internal Revenue laws of the United States. If you use Form 1040-V, you must provide the requested information. Your cooperation will help us ensure that we are collecting the right amount of tax.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Internal Revenue Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For the estimated averages, see the instructions for your income tax return. If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

Cat. No. 20975C

Form **1040-V** (2007)

▼ Detach Here and Mail With Your Payment and Return ▼

*Charge to: Citizens Bank, of Enterprise Ala ...*

## Form 1040-V — Payment Voucher

*FBO: H. Jack Mizell et al and 07-11638-DHW, USBC, AL*

Department of the Treasury
Internal Revenue Service (99)
► Do not staple or attach this voucher to your payment or return.

OMB No. 1545-0074

2007

| 1 Your social security number (SSN) | 2 If a joint return, SSN shown second on your return | 3 Amount you are paying by check or money order | Dollars | Cents |
|---|---|---|---|---|
| 8286 | | | 6,900,000 | 00 |

**4** Your first name and initial: HAYWOOD J     Last name: MIZELL

If a joint return, spouse's first name and initial:     Last name:

Home address (number and street): **285 EAST BROAD STREET**     Apt. no.

City, town or post office, state, and ZIP code (If a foreign address, enter city, province or state, postal code, and country.)
**OZARK, ALABAMA 36360**

Cat. No. 20975C