# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

IN RE: )

STAGE DOOR DEVELOPMENT, INC., ) CHAPTER 11 CASE NO. 07-11638-DHW

DEBTOR-IN-POSSESSION. )

## REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO JAMES TIMOTHY TURNER

COMES NOW the undersigned attorney for the Debtor and in preparation for an evidentiary hearing set in Dothan, Alabama, on November 5, 2008, to consider the Objection to the claim of James Timothy Turner requests said Claimant to produce the following pursuant to Bankruptcy Rules 7033 and 7034, to-wit:

1. Any and all notes, contracts or other written documents purportedly signed by the Debtor which is averred to support the $5 million claim of James Timothy Turner;

2. Any and all financial records, notes or other documents which, if not signed by an agent or representative of the Debtor, are suggested by the Claimant, James Timothy Turner, to support his claim of $5 million;

3. Copies of Federal statutes or reference to Federal law by specific code section which is averred to support the claim of James Timothy Turner in the amount of $5 million;

4. Any and all correspondence, fax transmittals, e-mails, transmissions or other written communications in whatever form Mr. James Timothy Turner has with the Department of the Treasury, specifically its agent the Internal Revenue Service, upon which he would rely to support, or upon which he would suggest supports, his claim in this proceeding.

Pursuant to the Federal Rules of Civil Procedure and the Bankruptcy Rules, a response to the instant Request for Production of Documents is due within thirty (30) days of the date which appears hereinafter.

Respectfully submitted this 15 day of September, 2008.

_____
C. H. Espy, Jr. (ASB-3696-S78C)
ATTORNEY FOR DIP

OF COUNSEL:
ESPY, METCALF & ESPY, P.C.
P.O. Drawer 6504
Dothan, AL 36302-6504
(334) 793-6288

## Certificate of Service

I, C. H. Espy, Jr., do hereby certify I have this date served a copy of the above and foregoing upon the following parties either electronically or by placing a copy of same to them in the U.S. Mail, postage prepaid, on this 15 day of September, 2008.

Debtor

Mr. James Timothy Turner
c/o 723 County Road 37
Skipperville, AL 36347

Mr. William C. Carn, III
Trustee
P.O. Box 1665
Dothan, AL 36302

Ms. Teresa R. Jacobs
Bankruptcy Administrator
One Church Street
Montgomery, AL 36104

_____
C. H. Espy, Jr.