UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re:  Case No.: 07-11638-DHW
Chapter 11

STAGE DOOR DEVELOPMENT, INC.,

Debtor,

WILLIAM C. CARN, III, Trustee,

Plaintiff,  Adv. Pro. No. 08-1023-DHW

v.

[H. JACK MIZELL],

Creditor

FILED SEP 19 2008 U.S. BANKRUPTCY COURT MONTGOMERY, ALABAMA

## Notice of Appeal

Comes now Jack Mizell, Creditor, hereinafter "Jack," "I," "me," or "my," demanding latitude, <u>Haines v Kerner,</u> 404 US 519-521 (1972), and appeal pursuant to 28 USC § 158(a)(b), and (c) from order of the bankruptcy judge for selling the assets of the debtor STAGE DOOR DEVELOPMENT, INC. entered into this adversary proceeding on the 11th day of September, 2008.

Please process this appeal through the district court for enforcement of the public policy of the United States. See attached Statement of Election.

The names of all parties to the judgment order are as follows:

William C. Carn, III
Chapter 11 Trustee
POB 1665
Dothan, Alabama 36302

RECEIPT #: 6006561

$255.00

STAGE DOOR DEVELOPMENT, INC
C/o Jack Mizell, Creditor
285 East Broad Street
Ozark, Alabama, non-domestic

Jack Mizell, Creditor
C/o 285 East Broad Street
Ozark, Alabama, non-domestic

THE CITIZENS BANK, Debtor
C/o Roger Bates
1200 Park Place Tower
Suite 2001 Park Place North
Birmingham, Alabama 35203

And

C/o Henry Callaway, III
11 North Water Street, Suite 30200
Mobile, Alabama 36360

Dated: 2008 Sep 18

Signed :

　　　　　　　　_____
　　　　　　　　Jack Mizell, Creditor
　　　　　　　　285 East Broad Street
　　　　　　　Ozark, Alabama, non-domestic
　　　　　　Telephony:　334- 445-6537
　　　　　　Facsimile:　334-774-6450
　　　E-mail:　　jackmizell@gmail.com

Certificate of Service

I certify that I have served a copy of the foregoing upon the interested parties on 2008 Sep 19 by first class mail.

　　　　　　　　　　　　_____
　　　　　　　　　　　　Jack Mizell, Creditor

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re:	Case No.: 07-11638-DHW
	Chapter 11

STAGE DOOR DEVELOPMENT, INC.,

Debtor,

WILLIAM C. CARN, III, Trustee,

Plaintiff,	Adv. Pro. No. 08-1023-DHW

v.

[H. JACK MIZELL],

Creditor

## Statement of Election

Comes now Jack Mizell, Creditor, hereinafter "Jack," "I," "me," or "my," demanding latitude, <u>Haines v Kerner</u>, 404 US 519-521 (1972), and gives Notice of Statement of Election for appeal into the district court appeal path.

Pursuant to Title 28 USC § 158(c), please docket this appeal on the docket of district court of the United States.

Thank you.

_____
Jack Mizell, Creditor
285 East Broad Street
Ozark, Alabama, non-domestic
Telephony: 334-445-6537
Facsimile: 334-774-6450
E-mail: jackmizell@gmail.com