FILED

OCT 15 2008

U.S. BANKRUPTCY COURT
MONTGOMERY, ALABAMA

**UNITED STATES BANKRUPTCY COURT**

**MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT | CHAPTER 11 |
| MIDDLE DISTRICT OF ALABAMA, AND | CASE NO. 07-11638-DHW |
| COLLIER H. ESPY, AND ESPY, METCALF, & ESPY, P.C. | |
| VS. | |
| JAMES TIMOTHY TURNER, DEFENDANT | |

| | |
|---|---|
| James Timothy Turner, Third Party Plaintiff | IN ADMIRALTY |
| Vs. | |
| UNITED STATES BANKRUPTCY COURT, and COLLIER H. ESPY., and ESPY, METCALF, & ESPY, P.C., and WILLIAM C. CARN III, and PRESIDING JUDGE, Third Party Defendants all | |

**ANSWER IN AFFIDAVIT OF NEGATIVE AVERMENT,**

**OPPORTUNITY TO CURE, AND COUNTERCLAIM**

Comes now James Timothy Turner, Third Party Plaintiff, by special visitation and not appearing generally, before this court seeking a remedy in Admiralty as is provided by "The Saving to the Suitors Clause" at USC 28 -1333(1). This is my answer as to discovery as requested by the officers of this court. I am standing in my unlimited commercial liability as a Secured Party Creditor and request that the Third Party Defendants do the same, and waive all of their immunities. I respectfully request the indulgence of this court as I am not schooled in law. This is provided by the precedent set by Haines vs. Kerner at 404 U.S. 519.

AS TO COUNT 1: I James Timothy Turner, the Third Party Plaintiff, Secured Party Creditor, a Natural man created by God, tendered a lawful Bonded Promissory Note to this court to offset and or discharge the mortgage debt of JOSIE PARK BROADCASTING, INC. on or about May 2, 2008. This note was created on my credit by my signature and the obligation of

1

the US Treasury. This note was commercially accepted by the INTERNAL REVENUE SERVICE OFFICE FOR SETOFF and the UNITED STATES TREASURY. See attached receipts. This court denied or ignored the lawful note and moved to sell the property of JOSIE PARK BROADCASTING, INC., and H. Jack Mizell, without a legal and proper claim. As you are aware the court appointed trustee must have Proof of Claim to legally order the sale of property belonging to another. A lawful claim was never established and the sale of this property was illegal. A Dishonor in Commerce has occurred due to the illegal actions of the officers of this court and it's trustee. I have been damaged by these actions, and I demand satisfaction. As you know Lawful Money can no longer be required for the payment of debt since the US House of Representatives passed HJR192. The only remedy that was left to the public to discharge debt was commercial paper in commerce under the Uniform Commercial Code. You are also aware that all courts in the UNITED STATES are Commercial Courts that operate according to the Uniform Commercial Code. I believe there is no evidence to the contrary. This is Dishonor in commerce, Theft, Fraud, Conspiracy, Racketeering, Collusion, and Theft of Public Funds. See Title 31 USC 31-901.2(h)(1), 11 USC 362, 11USC 501(a).

AS TO COUNT 2: The Debtor, H. Jack Mizell for JOSIE PARK BROADCASTING does not contest this lawful claim. The Debtor did not authorize his attorney to contest this claim. As I understand the rules of bankruptcy, only the Debtor is allowed to contest a claim filed against them in bankruptcy court. I believe there is no evidence to the contrary. This is Dishonor in Commerce, Fraud, Racketeering, Theft of Public Funds, Collusion, and Conspiracy.

AS TO COUNT 3: On March 9, 1933 the US Congress passed the Emergency Banking Act. On June 5, 1933 President Roosevelt announced to the 73rd congress that the UNITED STATES was bankrupt. The passage of House Joint Resolution 192 removed the ability of the public to pay debt with lawful money. This made it illegal to demand lawful money for the payment of debt. As you are aware when the ability to pay debt with money was removed by congress, the law required a remedy. The remedy that was created for the discharge of public debt was the Uniform Commercial Code and commercial paper. The uniform Commercial Code was created for the management of debt in bankruptcy. I

2

believe that there is no evidence to the contrary. Any attempt by the CITIZENS BANK OF ENTERPRISE, the Trustee, or any of the officers of this court to dishonor my lawful note is Fraud, Conspiracy, Racketeering, Collusion, Theft of Public Funds, and a Dishonor in Commerce. I believe there is no evidence to the contrary. See references: Documents Filed in Dale County Public Record for James Timothy Turner, 48 Statute 1, Public Law 89-719, HJR 192, Public Law 73-10, American Bar Association Unbound Volume 1938, 31 USC 53 section 5312(3)(C), 31USC5312(2)(r), PL 97-258, 96 Stat. 995, PL 99-570, PL 100-690, PL 103-325, PL 107-56, PL 108-458, 1USC 1362, 6 USC 6185(a), 4USC 405-409, 3USC 321(a), (b), 359)(a), 365(c), 4USC 6202 (g), 6203(b), 100 Stat. 3207-33, 102 Stat. 4354, 4357, 108 Stat. 2247, 2252, 115 Stat.315, 328, 335, 118 Stat. 3746, PL 97-258, PL 97-452, 16USC 831(h), PL 98-369, PL 101-508, PL 102-589, PL 104-134, PL 105-46, 5USC 5129(b), 98 Stat. 1153, 6USC 2653(a)(1), 104 Stat. 1388-287, 106 Stat. 1488, 3USC 31001(u)(1), 110 Stat. 1321-375, 15 USC Chapter 41, 96 Stat. 995, 1 USC 1362, etc.

AS TO COUNT 4: A taxpayer has an interest in the general funds held by the US Treasury. JAMES TIMOTHY TURNER is a taxpayer and has an interest in said funds. This was decided by the Supreme Court. See Massachusetts v Melon, and Frothingham v Mellon. I believe that there is no evidence to the contrary.

AS TO COUNT 5: I James Timothy Turner am first in line first in time true holder in due course on the mortgage note of JOSIE PARK BROADCASTING, INC. The trustee and officers of this court conspired to violate my right as first in time and sold the mortgage to another who had a secondary claim. They also sold it for less than I offered, which I believe is also illegal. This is fraud, conspiracy, collusion, racketeering, and Theft of Public Funds. I believe there is no evidence to the contrary.

AS TO COUNT 6: The US Code is very clear that anyone who is a Surety, Grantor, or Endorser for a debt has a legal right to file a claim in bankruptcy. My lawful note that was tendered to this court for offset and or discharge of this debt was drawn on my credit and the obligation of the United States Treasury. This gave me a lawful right to file a claim in this court against JOSIE PARK BROADCASTING,

3

INC., CITZENS BANK, WILLIAM C. CARN, and other officers of this court when they dishonored my lawful note. This is Fraud, Conspiracy, Racketeering, Collusion, and Theft of Public Funds. I believe there is no evidence to the contrary. See Rule 304, 10-402, and section 501(b) of the US Code, United Nations Atlantic Charter Articles 55, and 56, 26 USC, Federal Reserve Act, Interstate Commerce Act of 1887, etc.

AS TO COUNT 7: A person is entitled to write and tender lawful notes. This has been a common practice for many years. Any attempt by any officer of this court to dishonor my lawful note will be a Dishonor in Commerce, Fraud, Conspiracy, Racketeering, collusion, etc. I believe there is no evidence to the contrary. See "Dulocracy in America" by R.K. Potter.

AS TO COUNT 8: I challenge the jurisdiction of this court to hear my claim. The US Supreme Court has ruled many times that once jurisdiction is challenged it must be proven by the court before the court can proceed. I demand that this court prove it has lawful jurisdiction according to the conditions set forth by the "Opportunity to Cure" contained herein. This note was tendered by United States Post Office Registered Mail and this places this transaction under the laws of International Commerce. I do not consent to you holding a hearing or making a determination about my claim. The only court of competent jurisdiction is the Court of International Claims. Any decision to dismiss, dishonor, alter, change, or hear this claim by any officer of this court will be a Dishonor in commerce, Fraud, Collusion, Conspiracy, Theft of Public Funds, and Racketeering, etc. I believe there is no evidence to the contrary.

## OPPORTUNITY TO CURE

The Third Party Defendants have 14 calendar days to cure their Dishonor by the Following:

1. Accept my lawful note as payment of the mortgage in full and restore the property of Josie Park Broadcasting, Inc. to H. Jack Mizell with a clear and unclouded title, OR,

2. Pay all damages as indicated by the counterclaim contained herein with Real Money, Bar Card Bonds, Surrender any and all Public Hazard Bonds, other Bonds, Insurance Policies, 801K, CAFRA Funds, etc. as needed to satisfy counterclaim herein, ...OR,
3. Prove that my claims are false by providing me with lawfully documented evidence that is certified true and correct, by (Officers of this Court), while in their unlimited commercial liability, while Under Oath, Waiving all Immunities, On and For the Official Record, under penalties of the law including Perjury. This evidence must prove your case by a perponderance or the greater weight of evidence and must answer each and every averment, Point by Point individually. If any and all points are not answered fully and accompanied by lawfully documented evidence, as provided herein, that will be Default on the part of the Third Party defendants. Non Response according to the conditions herein will be default. Incomplete answers and/ or lack of documented evidence as outlined herein will be Default. If the Third Party Defendants fail to respond as outlined herein, within 14 calendar days, this will be Default. Non Response will be a Self Executing Confession of Judgment by all Third Party Defendants, and will be complete agreement with all the statements, terms, and conditions of this contract. This is a counter offer and a contract in Admiralty. Any officer of the court that interferes or involves him/herself with this claim will be added to this claim and become a Third Party Defendant. All Third Party Defendants are jointly and severally liable for this claim.

## COUNTERCLAIM

THE FOLLOWING DAMAGES HAVE BEEN ASESSED AGAINST YOU SHOULD YOU FAIL TO MEET THE REQUIREMENTS AS PROVIDED IN THE OPPORTUNITY TO CURE CONTAINED HEREIN:

1. Failure to state a claim upon which relief can be granted $1,000,000.00 (One Million US Dollars) per count Per Third Party Defendant.
2. Failure to respond as outlined herein $1,000,000.00 (One Million US Dollars.) per count Per Third Party Defendant.

5

3. Default by non response or incomplete response $1,000,000.00 (One Million Dollars) per count Per Third Party Defendant.
4. Dishonor In Commerce - $1,000,000.00 (One Million Dollars) per count per Third Party Defendant.
5. Fraud - $1,000,000.00 (One Million US Dollars) per count per third party defendant.
6. Racketeering - $1,000,000.00 (One Million US Dollars) per count per Third Party Defendant.
7. Theft of Public Funds -$1,000,000.00 (One Million US Dollars) per count per Third Part Defendant.
8. Conspiracy - $1,000,000.00 (One Million US Dollars) per count per third party Defendant.
9. Collusion - $1,000,000.00 (One Million US Dollars) per Count Per Third Party Defendant.
10. Failure to pay Counterclaim in full within (30) Thirty Calendar Days of Default as contained herein. $1,000,000.00 (One Million US Dollars), per month, and interest of 1.5 % per month compounded daily for the first (30) Thirty Days from the date of default. After (30) Thirty Days beginning on the (31st) Thirty first Day after Default, the penalties for Failure to pay will increase by $100,000.00 (One Hundred Thousand Us Dollars Per Day) for each calendar day that this counterclaim is not paid in full, plus interest. After (90) calendar days of the date of Default, the penalties for Failure to Pay Counterclaim will increase by $1,000,000.00 (One Million US Dollars) per calendar day, that the Counterclaim is not paid in full, plus interest as indicated herein.
11. All Claims are stated in US Dollars which means that a US Dollar will be defined, for the purposes of this counterclaim as, a One Ounce Silver coin of 99.999% pure silver, or the equivalent par value as established by law or the exchange rate as set by the US Mint, whichever is the higher amount, for a certified One Ounce Silver Coin (US Silver Dollar) at the time of the first day of default as outlined herein, if the claim is to be paid in Federal Reserve Notes, Federal Reserve notes will only be accepted at Par Value as indicated above.

12. Total Damages will be assessed as the total amount of the damages as outlined herein times three (3) added to the original amount of damages to total (4) Four times the damages for total damages.

*James Timothy Turner* (signature)
James Timothy Turner, by permission Susannah Lane Hodges
Secured Party Creditor
Date: October 14, 2008

7