

**PRIVATE**
THIS IS NOT A PUBLIC COMMUNICATION
Notice to Agent is Notice to Principal
Notice to Principal is Notice to Agent

Silence is Acquiescence, Agreement, and Dishonor
This is a self-executing contract.

Houston county
Alabama state
United States of America 1787 AD

**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ab initio
ADMINISTRATIVE REMEDY
[28 U.S.C. §1333, §1337, §2461 and §2463]
File #(7008 0150 0001 8350 3607)**

Date: (10-20-2008)

# FINAL DEMAND FOR PAYMENT

**LIBELLANT:**

Jack Mizell, Trustee, Executive Trustee for the Private Contract Trust known as STAGE DOOR DEVELOPMENT, INC.
C/O Brenda simechak, Notary Witness
285 East Broad Street
Ozark, AL 36360

**LIBELLEE:**

William C. Carn, III, Trustee, Dwight H. Williams, U.S. Bankruptcy Judge, CITIZENS BANK OF ENTERPRISE ALABAMA, Whit Armstrong, President of CITIZENS BANK OF ENTERPRISE ALABAMA, Ronald W. Eubanks, GULF SOUTH COMMUNICATIONS, Henry A, Callaway, III, Roger L. Bates, HAND ARENDALL, LLC., Jimmy H. Baker, Third Party Defendants and Libellee's, all

This demand for payment is applicable to all successors and assigns.

Libellant is entitled to performance and stipulated damages agreed to by Libellees failure to respond or rebut the **INTERNATIONAL COMMERCIAL CLAIM ab initio ADMINISTRATIVE REMEDY File # (7008 0150 0001 8350 3607)** dated June 28, 2008, hereinafter "ICC".
Additionally, Libellees have failed to respond to the **NOTICES OF DISHONOR AND FAULT AND OPPORTUNITY TO CURE THAT WERE DELIVERED BY NOTARY PRESENTMENT** dated July 25, 2008 (7008 0150 0001 8350 0679), AND Second Notice of fault and Opportunity To Cure, Dated August 1, 2008 (7008 0150 0001 8350 8800).
As per Libellees agreement to damages amounting to the sum certain total listed in the TRUE BILL accounting of the dishonored ICC in the following amounts, as the terms and conditions did clearly manifest, this document is a demand for payment of the agreed damages.

Page 1 of 3

SECOND DEMAND FOR PAYMENT AND SETTLEMENT
Case 07-11638    Doc 141    Filed 10/22/08    Entered 10/22/08 15:34:57    Desc Main
Document    Page 1 of 4

# FINAL NOTICE OF DEFAULT AND DEMAND FOR SETTLEMENT AS PER AGREEMENT

## SUM CERTAIN PER AGREEMENT: USD $17,600,000,000.00 (Seventeen Billion Six Hundred Million US Dollars, at Par Value)

"Libellant reserves the right to amend and correct and adjust the Accounting and True Bill to reflect injuries due to continued trespass"

The Sum Certain in US Dollars is in numerical parity with the Euro Dollar and any other superior currency backed by gold. Sum Certain may also be paid in any numerical value in gold and equal value in real property and natural resources, and any agreeable combination of the above.

## FINAL DEMAND FOR PAYMENT

Libellant grants Libellee Three (3) days, exclusive of the date of receipt, to settle by payment of the claims contained in this document. Failure to settle is a commercial dishonor [UCC3-505]. This is a UCC CONFIRMATORY WRITING and STATUTE STAPLE and is a perfected Contract upon the completion of this commercial process.

It is mandatory that if Libellee elects to respond to the foregoing, any such response must be done by delivering payment as stated in Libellant's ICC mailing location exactly as shown below:

Jack Mizell, Trustee, Executive Trustee for the Private Contract Trust known as STAGE DOOR DEVELOPMENT, INC.
C/o Brenda Simechak, Notary Witness
285 East Broad Street
Ozark, AL 36360

## CONTRACTUAL FINAL NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW

Libellant is moving for settlement [U.C.C. 3-501 and U.C.C. Article 9] causing this **FINAL NOTICE OF DEFAULT AND DEMAND FOR SETTLEMENT** service upon the Libellee by Registered Mail. This is a commercial process within the Admiralty.

Libellee is granted Three (3) days [Truth in Lending Act at Regulation Z at 12 CFR and portions of 15 USC], exclusive of the day of service to make full payment of the Sum Certain as stated above and as evidenced in Libellant's Accounting and True Bill.

A default occurs by your silence. A default on your part grants to Libellant Libellee's full power of attorney and the full power of attorney of Libellee's principal, and unrestricted use of Libellee's signature and the unrestricted use of the signature of Libellee's principal on any document for collections of the damages from Libellee and Libellee's principal in any venue and jurisdiction on Earth.

## COMMERCIAL AFFIDAVIT OATH AND VERIFICATION

| Houston county | ) | |
| Alabama state | ) ss | Commercial Oath and Verification |
| | ) | |

I, Jack Mizell, Trustee, Executive Trustee for STAGE DOOR DEVELOPMENT, INC., under my unlimited liability and Commercial Oath, proceeding in good faith, being of sound mind, having

Page 2 of 3
SECOND DEMAND FOR PAYMENT AND SETTLEMENT
Case 07-11638    Doc 141    Filed 10/22/08    Entered 10/22/08 15:34:57    Desc Main
                Document      Page 2 of 4

first-hand knowledge, state that the facts contained herein are true, correct, complete and not misleading, under penalty of International Commercial Law.

## EXPRESS SPECIFIC RESERVATION OF RIGHTS:

*I explicitly reserve all my Natural rights as an American under contract Law of the Divine Creator without prejudice and, without recourse to me. I do not consent to compelled performance under any contract that I did not enter knowingly, voluntarily and intentionally. I do not accept* the liability of the benefits or privileges of any unrevealed contract or commercial agreement. Failure to settle this claim within the designated time as described herein will be default and the perfecting of this commercial claim. Default will result in the arrest of any and all blanket bonds, public hazard bonds, insurance policies, 801k funds, CAFRA funds, or any other sources of property and/or revenue, as needed to satisfy this commercial claim. All Libellee's are collectively and severally liable, liable under Color of Law, and as provided under the provisions of Respondeat Superior.

By: _____
By: Jack Mizell, Trustee, Executive Trustee for the Private Contract Trust known as STAGE DOOR DEVELOPMENT, INC.

## JURAT

Houston state    )
                 ) ss
Alabama county   )

The above named Libellant, Jack Mizell, Trustee, Executive Trustee for STAGE DOOR DEVELOPMENT, INC. appeared before me, a Notary, subscribed, sworn to the truth of this contractual FINAL **NOTICE OF DEMAND FOR PAYMENT AND SETTLEMENT** for closing of the escrow.

under oath this _____ day of _____, 2008.

_____
            Notary                                              SEAL

My Commission expires_____

Page 3 of 3

SECOND DEMAND FOR PAYMENT AND SETTLEMENT
Case 07-11638    Doc 141    Filed 10/22/08    Entered 10/22/08 15:34:57    Desc Main
                        Document      Page 3 of 4

H.Jack Mizell
285 East Broad Street
Ozark, AL 36360

Clerk Case No.:07-11638
United States Bankruptcy Court
Middle District of Alabama
One Church Street, B003
Montgomery, AL 36104

