**UNITED STATES BANKRUPTCY COURT**
**Middle District of Alabama**

In re                                                      Case No. 07−11638
Chapter 11
Stage Door Development, Inc.

    Debtor

**ORDER**

This case is before the court on the following matter:

  *Order Granting Rule 9007−1 Motion to Use, Sell or Lease Filed by TRUSTEE (Trustee's Motion for Approval of Local Marketing Agreement) (Related Doc # [128]) Entered On 10/23/2008. (JC)*
It appears that notice has been given pursuant to LBR 9007−1 and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion/objection is **GRANTED** according to the terms stated.

  Done this 23rd day of October, 2008.

                                                            /s/ Dwight H. Williams Jr.
                                                            United States Bankruptcy Judge