UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re:                       Case No.: 07-11638-DHW
                               Chapter 11

STAGE DOOR DEVELOPMENT, INC.,

      Debtor,

WILLIAM C. CARN, III, Trustee,

      Plaintiff,                    Adv. Pro. No. 08-1023-DHW

v.

[H. JACK MIZELL],

      Creditor

---

## Appeal Brief

Comes now Jack Mizell, Creditor, hereinafter "Jack," "I," "me," or "my," demanding latitude, <u>Haines v Kerner,</u> 404 US 519-521 (1972), and appeal pursuant to 28 USC § 158(a)(b), and (c) from order of the bankruptcy judge for selling the assets of the debtor STAGE DOOR DEVELOPMENT, INC. entered into this case and adversary proceeding on the 11th day of September, 2008.

The court provided an audio CD record of the hearings held in Dothan, Alabama on January 9, 2008, August 6, 2008, and September 10, 2008, and has on file the Emergency Petition for Blocking Sales of Assets and Notice of Crime filed August 29, 2008. The court also has on file all the records referenced in <u>Notice of Items Designated on Appeal</u> listed for amalgamation into one truly

accurate file of all facts and evidence concerning the instant matter so that the appeal court will really and truly know what has transpired.

This appeal brief addresses one central issue. The fraudulent claim was discharged. Now, the fraudulent claim is not the issue before the court. I will address the fraudulent claim in another court at another time. The issue before the court is, "Was the debt discharged according to the public policy?" It was. Therefore, all rulings concerning the transfer of assets are without authority. Our contract is public policy. We followed the public policy. Did the court live up to the demands of the public policy? No, the court did not. The Judge was without authority.

The objectives for the implementation of public policy was to return to the principle that governments are meant to serve man, and man lives to be free to pursue happiness. The Old Testament proved that life organized legalistically has shown its inability to defend itself against the corrosion of evil.

Something had to be done.

There were a large number of prisoners, who were termed criminals, but most of them never committed any crime; they merely tried to defend themselves against a lawless state resorting to means outside of a legal framework.

Massive material wealth does not give one the privilege or license to stomp the pauper. Liberty is the freedom to do right. An example is the food product manufacturer that is legally blameless when he poisons his produce to make it last longer: after all, people are free not to buy it.

Eminent Domain is not restricted to real estate only. Developers can use politically correct legal means to confiscate essential elements for the promotion of "progress" in the form of charitable gambling.

Public policy retains the notion that God is not mocked and whatsoever a man sows that shall he also reap. The Natural and Moral Law cannot be broken. Today, active and tense competition permeates all human thoughts without opening a way to free spiritual development. Public policy is designed to make an activity both moral and legal.

The names of all parties to the judgment order and appeal are as follows:

William C. Carn, III
Chapter 11 Trustee
POB 1665
Dothan, Alabama 36302

STAGE DOOR DEVELOPMENT, INC
C/o Jack Mizell, Creditor
285 East Broad Street
Ozark, AL, 36360    non-domestic

Jack Mizell, Creditor
C/o 285 East Broad Street
Ozark, AL, 36360    non-domestic

THE CITIZENS BANK, Debtor
C/o Roger Bates
1200 Park Place Tower
Suite 2001 Park Place North
Birmingham, Alabama 35203

And
C/o Henry Callaway, III
11 N Water St, Suite 30200
Mobile, Alabama 36601

Dated: 2008 Nov 7

Signed: _____
Jack Mizell, Creditor
285 East Broad Street
Ozark, AL, 36360   non-domestic
Telephony:   334- 774-7673
Facsimile:   334-774-6450
E-mail: jackmizell@gmail.com

## Certificate of Service

I certify that I have served a copy of the foregoing upon the interested parties on 2008 Nov 7 by first class mails.

_____
Jack Mizell, Creditor