IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| H. JACK MIZELL         ) | |
|                   ) | |
|    Appellant,      ) | |
|                   ) | CIVIL ACTION NO. |
|    v.              ) | 1:08cv822-MHT |
|                   ) | (WO) |
| WILLIAM C. CARN, III,   ) | |
|                   ) | |
|    Appellee        ) | |

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court the appeal in this case is dismissed.

It is further ORDERED that costs are taxed against appellant H. Jack Mizell, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 31st day of December, 2008.

                                     /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**