FILED
FEB 9 2009
U.S. BANKRUPTCY COURT
MONTGOMERY, ALABAMA

RECEIVED
FEB 09 2009
U.S. BANKRUPTCY ADMINISTRATOR
MIDDLE DISTRICT OF ALABAMA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

In Re:

STAGE DOOR DEVELOPMENT, INC.   )   Bankruptcy Case No. 07-11638

Creditor

## RESPONSE TO JOINDER IN AMENDMENT TO MOTION FOR INJUNCTIVE RELIEF AND SANCTIONS

Gulf South Communications, Inc. ("Gulf South") and Ronald Eubanks, representative of Gulf South are subjects to the UCC Financing Statements (Nos. 08-7111483 and 08-7111607) and the Maritime Liens the subjects of the "joinder" motion.

NO ONE HAS PERMISSION TO ALTER OR DISMISS THESE CLAIMS AND LIENS. The time for administrative relief has passed. The claim, with liens, stand.

Sincerely yours,

Haywood Jackson Mizell

# CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing RESPONSE TO JOINDER IN ADMENDMENT TO MOTION FOR INJUNCTIVE RELIEF AND SANCTIONS has this 6th day of February 2009, been made by depositing copies thereof, postage prepaid, in the United States mail addressed to the following:

Michael Fritz, Esq
Assistant Bankruptcy Administrator
One Church Street, Suite 103
Montgomery, AL 36104

William W. Nichols
Attorney for Trustee William C. Carn, III
P. O. Box 1665
Dothan, AL 36302

Henry A. Callaway, III
Hand Arendall, LLC
P.O. Box 123
Mobile, AL 36601

Herbert H. West, Jr.
Cabaniss, Johnston
700 Park Place Tower
2001 Park Place North
Birmingham, AL 35203-4804

                                                     */s/ Haywood Jackson Mizell*
                                               Haywood Jackson Mizell, in propriá persona
                                               285 East Broad Street
                                               Ozark, AL 36360