UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                            Case No. 07-11638-DHW
                                                 Chapter 11
STAGE DOOR DEVELOPMENT, INC.,

     Debtor.


ORDER TERMINATING STAY

     Five Star Credit Union filed a motion under 11 U.S.C. § 362(a) for relief from the automatic stay to enforce its lien on the real property described in the motion.

     The motion came on for hearing on February 11, 2009.  The trustee had no objection to the motion.  Accordingly, it is

     ORDERED that the motion is GRANTED, and the stay is TERMINATED to allow Five Star Credit Union to enforce its lien on the real property described in the motion.

     Done this 11th day of February, 2009.

                                /s/ Dwight H. Williams, Jr.
                                United States Bankruptcy Judge


c: Debtor
   C. H. Espy, Jr., Attorney for Debtor
   William C. Carn, Trustee
   Leonard N. Math, Attorney for Creditor