UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                   Case No. 07-11638-DHW
                                                        Chapter 11
STAGE DOOR DEVELOPMENT, INC.,

     Debtor.

ORDER AVOIDING LIENS *AB INITIO*

     William C. Carn, III, chapter 11 trustee, and creditor Citizens Bank filed a motion, as amended, to declare certain "liens" filed by the debtor's president, H. Jack Mizell, and James Timothy Turner, null and void, to enjoin them from any further such false filings, and to enter appropriate sanctions against Mizell and Turner, including contempt of court. Gulf South Communications, Inc. joined in the motion, requesting attorney fees, costs, and expenses incurred in connection with efforts to invalidate the liens.

     The motion came on for hearing on February 11, 2009. Upon consideration of the motion at the hearing, the court concludes that the liens are invalid, illegal, and wholly without support or merit. It appears that the liens were filed in an effort to harass, intimidate, and thwart the lawful administration of this bankruptcy estate. Accordingly, it is

     ORDERED that the following liens filed by Mizell and Turner against the following persons are DECLARED void *ab initio*:

     1. William Carn, recorded in the Probate Court of Houston County, Alabama, at Miscellaneous Book 268, Page 68.

     2. Gulf South Communications, recorded in the Circuit Court of Lauderdale County, Mississippi, as a foreign judgment, File No. 1016647.

     3. Ronald W. Eubanks, recorded in the Probate Court of Houston

County, Alabama, at Miscellaneous Book 268, Page 69.

    4. Citizens Bank, recorded in the Probate Court of Coffee County, Alabama, at Book 472, Page 357.

    5. Whit Armstrong, recorded in the Probate Court of Coffee County, Alabama, at Book 472, Page 356.

    6. Jimmy H. Baker, recorded in the Probate Court of Montgomery County, Alabama at PLPY Book 00100, Page 0072.

    7. Hand Arendall LLC, recorded in the Probate Court of Mobile County, Alabama, at Book 6473, Page 1603.

    8. Henry Callaway, III, recorded in the Probate Court of Mobile County, Alabama at Book 6473, Page 1604.

    9. Roger Bates, recorded in the Probate Court of Jefferson County, Alabama at Book LR2008-13, Page 4405.

    10. UCC Financing Statement Number B 08-07111483 filed in the Office of the Secretary of State of Alabama.

    11. UCC Financing Statement Number B 08-7111607 filed in the Office of the Secretary of State of Alabama.

    The request for injunctive relief was not requested by way of adversary proceeding, and that request is DENIED. *See* Fed. R. Bankr. P. 7001. Separate judgments will enter awarding attorney fees, costs, and expenses in favor of the above parties against Mizell and Turner

    Done this 11th day of February, 2009.

    /s/ Dwight H. Williams, Jr.
    United States Bankruptcy Judge

c: Debtor
   C. H. Espy, Jr., Attorney for Debtor
   H. Jack Mizell
   James Timothy Turner
   William C. Carn, III, Trustee
   William W. Nichols, Attorney for Trustee
   Henry A. Callaway, III, Attorney for Citizens Bank
   Herbert H. West, Jr., Attorney for Gulf South Communications