UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                              Case No. 07-11638-DHW
                                                                   Chapter 11
STAGE DOOR DEVELOPMENT, INC.,

      Debtor.

## JUDGMENT AGAINST MIZELL AND TURNER

In accordance with the February 11, 2009 order on the motion for sanctions against H. Jack Mizell and James Timothy Turner, and in accordance with the ruling of the court from the bench in open court on February 11, 2009, it is

ORDERED that William C. Carn, III, have and recover of H. Jack Mizell and James Timothy Turner, jointly and severally, the sum of $2,500 representing a reasonable amount of attorney's fees, costs, and expenses incurred to invalidate the false liens filed against him by Mizell and Turner.

Done this 11th day of February, 2009.

                                                    /s/ Dwight H. Williams, Jr.
                                                    United States Bankruptcy Court

c: Debtor
   C. H. Espy, Jr., Attorney for Debtor
   H. Jack Mizell
   James Timothy Turner
   William C. Carn, III, Trustee
   William W. Nichols, Attorney for Trustee