UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re:                                              Case No. 07-11638
                                                    Chapter 11
STAGE DOOR DEVELOPMENT, INC.,

    Debtor.

## ORDER DISMISSING
## NOTICE OF CLAIMS OF MARITIME LIEN *EX PARTE*

On March 6, 2009, H. Jack Mizell and James Timothy Turner jointly filed a "Notice of Claim of Maritime Lien." *See* Doc. #207. On the same day, H. Jack Mizell, this time solely, filed a "Notice of Claim of Maritime Lien." *See* Doc. #208. The latter filing, Doc. #208, references the bond of the trustee, William C. Carn, III. and endeavors to assert a maritime lien on that bond.

The filing of frivolous papers of this type by Mizell and Turner, unfortunately, is nothing new. Mizell and Turner's motive in doing so is to intimidate the parties and to frustrate the lawful administration of this bankruptcy case. These latest filings by Mizell and Turner constitute yet another attempt to block an asset sale; one that was approved by this court, after notice and hearing, and which has been upheld by the District Court on appeal. Accordingly,

It is ORDERED that the "Notices of Claim of Maritime Lien" filed by Mizell and Turner at Doc. # 207 and #208 do not create lawful claims on the trustee's bond nor do they create any liens thereon. Such claims or liens, to whatever extent asserted, are hereby DISMISSED.

Done this the 11th day of March, 2009.

                                    /s/ Dwight H. Williams, Jr.
                                    United States Bankruptcy Judge

c: H. Jack Mizell
   James Timothy Turner
   Collier H. Espy, Jr., Debtor's Attorney

William C. Carn, III., Trustee
All Creditors