IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

In Re: )
)
STAGE DOOR DEVELOPMENT, INC. ) Bankruptcy Case No. 07-11638
) Chapter 11
Creditor ) IN ADMIRALTY

RESPONSE TO ORDER DIMISSING
NOTICE OF CLAIMS OF MARITIME LIEN *EX PARTE*

No one has permission to alter or dismiss the "Notice of Claim of Maritime Lien" referred to as Doc # 207 and Doc. #208. The attempt to do so is a "dishonor" and invites further action.

*[signature]*
H. Jack Mizell, in propria persona
285 East Broad Street
Ozark, AL 36360
334-774-7673
fax 334-774-6450
March 13, 2009

*[signature]*
James T. Turner, in propria persona
723 County Road 37
Skipperville, AL 36347
334-685-2742
March 13, 2009

C: Collier H. Espy, Jr. Attorney
William C. Carn, III., Trustee

**TO:**
US BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
One Church Street B003
Montgomery, Alabama 36104


From: HAYWOOD JACKSON MIZELL
   285 East Broad Street
   Ozark, AL 36360

# NOTARY PRESENTMENT

Enclosed document is being presented by the under signed notary with Registered Mail Return Receipt Request, Registered Mail No. RR 674 665 185 US
The following document was placed in an envelope, sealed and mailed by the undersigned Notary.

# List of Documents

1. Response to Order Dismissing "NOTICE OF CLAIM OF MARITIME LIEN" on Doc. #207 and Doc #208 in Case No.: 07-11638 DHW

I solemnly swear or affirm on March 13, 2009, for the purpose of verification, I, the undersigned Notary Public, being commissioned in Dale County and the State of Alabama, do certify that Haywood Jackson Mizell appeared before me and presented the afore mentioned document.


_Charlotte Allison Davis_ (signature)                                   Notary Seal
Charlotte Allison Davis

My commission expires: 06-06-12

HAYWOOD JACKSON MIZELL &
JAMES TIMOTHY TURNER
285 East Broad St
Ozark, AL 36360

**RETURN RECEIPT REQUESTED**

**REGISTERED MAIL**

RR 674 665 185 US

Label 200, July 1999 (102595) 99-M-1904

TO:
US BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
One Church Street B003
Montgomery, Alabama 36104

0000    36104

U.S. POSTAGE
PAID
OZARK, AL
36360
MAR 13, '09
AMOUNT
$12.62
00000158-04