FILED
JUN 17 2009
U.S. BANKRUPTCY COURT
MONTGOMERY, ALABAMA

# NOTICE

Bankruptcy Middle District of Alabama, Case No. 07-11638-DHW

June 17, 2009
**Benedict on Admiralty Section 17, p. 28:**

"As no court other than a court of admiralty can enforce maritime liens, no other court can displace, discharge or subordinate them. Neither the State courts nor the United States courts on their common law, equity, and bankruptcy sides can divest, transfer to proceeds or adjudicate the maritime liens unless the maritime lienor voluntarily submits themselves to the jurisdiction."

The 17.6 Billion Dollar Liens are permitted by **no one** to be terminated, altered or dismissed.

Signed _[signature]_
Haywood Jackson Mizell
Date June 17, 2009

## ACKNOWLEDGEMENT OF NOTARY

STATE OF ALABAMA     )
                     ) ss:
COUNTY OF DALE       )

On the 16th day of June, two thousand-nine, before me, Charlotte Allison Davis, Notary, personally appeared Haywood Jackson Mizell, known to me (or proved to me on the basis of satisfactory evidence of identification) to be the living man whose name is subscribed upon this Notice for filing with the Clerk of Bankruptcy Court for the Middle District of Alabama, and acknowledged to me that he executed the same.

Witnessed by my hand and official seal,

_[signature]_                                    SEAL

My Commission Expires: 06-06-12