**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:  07-11638  DHW  Judge: DWIGHT H. WILLIAMS, JR.

Case Name:  STAGE DOOR DEVELOPMENT, INC.

For Period Ending: 03/31/10

Trustee Name:  William C. Carn, III

Date Filed (f) or Converted (c):  07/17/09 (c)

341(a) Meeting Date:  01/24/08

Claims Bar Date:  12/23/08

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. | Post-Petition Interest Deposits (u) | Unknown | N/A | | 285.47 | Unknown |
| 2. | Commercial building & lot on Riverside Ave. in Gen | 54,700.00 | 0.00 | | 0.00 | 0.00 |
| 3. | Bank deposits | 1,000.00 | 1,000.00 | | 7,587.05 | FA |
| 4. | Accounts receivable on books as of 11/26/07 | 27,380.24 | 0.00 | | 0.00 | 0.00 |
| 5. | Claims against GFR, Inc., and MFR, Inc., for expen | 39,961.26 | 0.00 | | 0.00 | 0.00 |
| 6. | Claim against Josie Park Broadcasting, Inc. | 0.00 | Unknown | | 0.00 | Unknown |
| 7. | WRJM-FM License FCC Reg. #0003756780 Market value | 1,000,000.00 | 1,000,000.00 | | 527,706.64 | FA |
| 8. | (2) Tape machines Computer equipment FM Microwave | 13,555.00 | 0.00 | | 0.00 | 0.00 |
| 9. | Tower in Geneva County, AL Located @ 1036594 31-02 | 19,620.00 | 0.00 | | 0.00 | 0.00 |
| 10. | refund of deposit from Wiregrass Electric | 0.00 | 0.00 | | 4,000.00 | FA |
| 11. | refund of premium | 0.00 | 0.00 | | 2,812.00 | FA |

Value of Remaining Assets

TOTALS (Excluding Unknown Values) $1,156,216.50 $1,001,000.00 $542,391.16 $0.00

(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

we have just received draft 2008 and 2009 tax returns from debtor's bookkeeper and are reviewing
them with the estate's cpa.

Initial Projected Date of Final Report (TFR): 11/26/09   Current Projected Date of Final Report (TFR): 11/26/09

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 07-11638 -DHW | |
| Case Name: | STAGE DOOR DEVELOPMENT, INC. | |
| | | |
| Taxpayer ID No: | *******4662 | |
| For Period Ending: | 03/31/10 | |

| | |
|---|---|
| Trustee Name: | William C. Carn, III |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******9852  Money Market - Interest Bearing |
| | |
| Blanket Bond (per case limit): | $ 1,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/19/08 | | Colonial Bank Cashier's Check | balance of dip bank account | | 7,587.05 | | 7,587.05 |
| 09/23/08 | | PH&T Trust Account Trust Acct No.: 31300642 Routing No.: 056004623 | 2008 Regulatory Fees - WUSD (formerly WRJM) | | | 2,560.00 | 5,027.05 |
| 09/30/08 | 1 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 0.10 | | 5,027.15 |
| 10/06/08 | | Transfer to Acct #*******9878 | Bank Funds Transfer 10/6/08 - per WCC, transfer net amount of 2 payroll checks from interest bearing to payroll account since we did not receive check from Gulf South until today.  Check was deposited and sent fed ex to Bank of America but I had to also go ahead and cut checks to the two employees.  I will transfer this amount back to payroll account once deposit clears Bank of America | 9999-000 | | 1,821.63 | 3,205.52 |
| 10/08/08 | | Transfer from Acct #*******9878 | Bank Funds Transfer This amount represents the net paid to the two employees on 10/6/08 for pay period ending 9/30/08.  Transferred this amount to payroll account to be certain funds were available in account.  We received Gulf South's check on same date we had to pay employees. | 9999-000 | 1,821.63 | | 5,027.15 |
| 10/15/08 | 000101 | Alabama Dept of Revenue Withholding Tax Returns P.O. Box 327483 Montgomery, AL  36132-7483 | Quarter Ending 9/30/2008 Alabama Withholding Account No.: 0000271829 | | | 136.19 | 4,890.96 |
| 10/15/08 | 000102 | Internal Revenue Service P.O. Box 105083 Atlanta, GA  30348-5083 | Quarter Ending 9/30/2008 Form 941-V Employer's Quarterly Federal Tax Return | | | 1,151.67 | 3,739.29 |
| 10/15/08 | 000103 | Dept. of Industrial Relations Unemployment Compensation Agency 649 Monroe Street, Room 407 Montgomery, AL  36131-4220 | Quarter Ending 9/30/2008 UC-CR4; Quarterly Contribution Report | | | 76.51 | 3,662.78 |
| 10/23/08 | | Gulf South Communications 3245 Montgomery Highway Suite 1 Dothan, AL  36303 | | | 8,734.13 | | 12,396.91 |
| 10/23/08 | 000104 | Wiregrass Electric Cooperative | Utility Bill | | | 8,734.13 | 3,662.78 |

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:    07-11638  -DHW

Case Name:    STAGE DOOR DEVELOPMENT, INC.

Taxpayer ID No:    *******4662

For Period Ending:    03/31/10

Trustee Name:    William C. Carn, III

Bank Name:    BANK OF AMERICA

Account Number / CD #:    *******9852  Money Market - Interest Bearing

Blanket Bond (per case limit):  $  1,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Acct No.:  84958601 | | | | |
| 10/31/08 | 1 | BANK OF AMERICA | Interest Rate  0.100 | 1270-000 | 0.34 | | 3,663.12 |
| 11/28/08 | 1 | BANK OF AMERICA | Interest Rate  0.100 | 1270-000 | 0.30 | | 3,663.42 |
| 12/31/08 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.18 | | 3,663.60 |
| 01/23/09 | 000105 | BILL E. MULLEN CERTIFIED PUBLIC ACCOUNTANT P. O. BOX 602 DOTHAN, ALABAMA 36302 | Accountant's fee Per Court Order dated 1/13/2009 | | | 400.00 | 3,263.60 |
| 01/30/09 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,263.63 |
| 02/27/09 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,263.66 |
| 03/13/09 | 000106 | International Sureties, Ltd. | Bond Premium Surety Company: Liberty National Bond No.:  016036386 | | | 2,500.00 | 763.66 |
| 03/31/09 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.02 | | 763.68 |
| 04/30/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.02 | | 763.70 |
| 05/26/09 | | Cabaniss, Johnston | Sale of Assets Bank Serial #: 000000 | 1129-000 | 52,392.53 | | 53,156.23 |
| 05/26/09 | | Gulf South Communications | Sale of Assets Bank Serial #: 000000 | 1129-000 | 475,314.11 | | 528,470.34 |
| 05/29/09 | 1 | BANK OF AMERICA | Interest Rate  0.070 | 1270-000 | 6.09 | | 528,476.43 |
| 06/03/09 | 000107 | Allen Communications Research, Inc. 1850 M Street, N.W. Suite 240 Washington, DC  20036 | FCC Research Invoice No.:  13355 | | | 170.00 | 528,306.43 |
| 06/15/09 | 000108 | J.C. Guerrero, Clerk U.S. Bankruptcy Court One Church Street Montgomery, AL  36104 | COURT FILING FEES Fee - Motion to Convert to Chapter 7 | 2700-000 | | 15.00 | 528,291.43 |
| 06/25/09 | | Wiregrass Electric Cooperative P.O. Box 158 Hartford, AL  36344 | refund of deposit | | 3,410.14 | | 531,701.57 |
| 06/30/09 | 1 | BANK OF AMERICA | Interest Rate  0.070 | 1270-000 | 30.42 | | 531,731.99 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 07-11638 -DHW | |
| Case Name: | STAGE DOOR DEVELOPMENT, INC. | |
| | | |
| Taxpayer ID No: | *******4662 | |
| For Period Ending: | 03/31/10 | |

| | |
|---|---|
| Trustee Name: | William C. Carn, III |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******9852  Money Market - Interest Bearing |
| | |
| Blanket Bond (per case limit): | $  1,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/13/09 | | Gulf South Communications, Inc. | reimbursement of utility deposit | | 589.86 | | 532,321.85 |
| 07/15/09 | 000109 | WILLIAM W. NICHOLS ATTORNEY AT LAW POST OFFICE BOX 1665 DOTHAN, ALABAMA  36302 | ATTORNEY FOR TRUSTEE COMPENSATION Fee Application Approved Fee:  $21,705.00 Expenses:  $2,027.90 | | | 23,732.90 | 508,588.95 |
| | | | Fees          21,705.00 | 3110-000 | | | 508,588.95 |
| | | | Expenses       2,027.90 | 3120-000 | | | 508,588.95 |
| 07/31/09 | 1 | BANK OF AMERICA | Interest Rate  0.070 | 1270-000 | 30.90 | | 508,619.85 |
| 08/03/09 | 000110 | BILL E. MULLEN CERTIFIED PUBLIC ACCOUNTANT P. O. BOX 602 DOTHAN, ALABAMA 36302 | Accountant's fee Per Court Order Dated 7/20/2009 | 3410-000 | | 925.00 | 507,694.85 |
| 08/19/09 | 000111 | BILL E. MULLEN CERTIFIED PUBLIC ACCOUNTANT P. O. BOX 602 DOTHAN, ALABAMA 36302 | ACCOUNTANT FOR TRUSTEE FEE Per Court Order Dated 8/8/2009 | 3410-000 | | 325.00 | 507,369.85 |
| 08/31/09 | 1 | BANK OF AMERICA | Interest Rate  0.070 | 1270-000 | 30.20 | | 507,400.05 |
| 09/01/09 | | Global Surety, LLC Operating Account 701 Poydras Street, Suite 420 New Orleans, LA  70139 | refund on premium | 1290-000 | 2,812.00 | | 510,212.05 |
| 09/08/09 | 000112 | The Citizens Bank | Attorneys Fee Order Approving Fee Application of John Trent Dated 8/27/09 | | | 23,191.12 | 487,020.93 |
| 09/08/09 | 000113 | John C. Trent | Attorneys Fee Order Approving Fee Application entered 8/27/2009 (Citizens Bank paid $23,191.12) | 3220-000 | | 731.25 | 486,289.68 |
| 09/29/09 | 000114 | The Citizens Bank | ADMINISTRATIVE EXPENSES Per Court Order Dated 9/18/2009 (Fee of JHB, LLC) | 3991-000 | | 30,000.00 | 456,289.68 |
| 09/30/09 | 1 | BANK OF AMERICA | Interest Rate  0.070 | 1270-000 | 28.34 | | 456,318.02 |
| 10/30/09 | 1 | BANK OF AMERICA | Interest Rate  0.070 | 1270-000 | 27.12 | | 456,345.14 |
| 11/13/09 | 000115 | International Sureties, Ltd. 701 Poydras Street | Bond Premium Bond No.: 016036386 | 2300-000 | | 3,000.00 | 453,345.14 |

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 07-11638 -DHW

Case Name: STAGE DOOR DEVELOPMENT, INC.

Taxpayer ID No: *******4662

For Period Ending: 03/31/10

Trustee Name: William C. Carn, III

Bank Name: BANK OF AMERICA

Account Number / CD #: *******9852 Money Market - Interest Bearing

Blanket Bond (per case limit): $ 1,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Suite 420 New Orleans, LA 70139 | | | | | |
| 11/30/09 | 1 | BANK OF AMERICA | Interest Rate 0.070 | 1270-000 | 26.17 | | 453,371.31 |
| 12/31/09 | 1 | BANK OF AMERICA | Interest Rate 0.070 | 1270-000 | 26.95 | | 453,398.26 |
| 01/29/10 | 1 | BANK OF AMERICA | Interest Rate 0.070 | 1270-000 | 26.95 | | 453,425.21 |
| 01/29/10 | | Transfer to Acct #*******9878 | Bank Funds Transfer | 9999-000 | | 42.30 | 453,382.91 |
| 02/26/10 | 1 | BANK OF AMERICA | Interest Rate 0.070 | 1270-000 | 24.35 | | 453,407.26 |
| 03/31/10 | 1 | BANK OF AMERICA | Interest Rate 0.070 | 1270-000 | 26.96 | | 453,434.22 |

| Account *******9852 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 7 | Deposits | 550,839.82 | 16 | Checks | 97,648.77 |
| | 19 | Interest Postings | 285.47 | 0 | Adjustments Out | 0.00 |
| | | | | 2 | Transfers Out | 1,863.93 |
| | | Subtotal | $ 551,125.29 | | | |
| | | | | | Total | $ 99,512.70 |
| | 0 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 1,821.63 | | | |
| | | Total | $ 552,946.92 | | | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 07-11638 -DHW

Case Name: STAGE DOOR DEVELOPMENT, INC.

Taxpayer ID No: *******4662

For Period Ending: 03/31/10

Trustee Name: William C. Carn, III

Bank Name: BANK OF AMERICA

Account Number / CD #: *******9878 Payroll Account

Blanket Bond (per case limit): $ 1,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/06/08 | | Gulf South Communications, Inc. 3245 Montgomery Highway, Suite 1 Dothan, AL 36303 | Pay Period Ending 9/30/08 | | 2,310.00 | | 2,310.00 |
| 10/06/08 | | Transfer from Acct #*******9852 | Bank Funds Transfer 10/6/08 - per WCC, transfer net amount of 2 payroll checks from interest bearing to payroll account since we did not receive check from Gulf South until today. Check was deposited and sent fed ex to Bank of America but I had to also go ahead and cut checks to the two employees. I will transfer this amount back to payroll account once deposit clears Bank of America | 9999-000 | 1,821.63 | | 4,131.63 |
| 10/06/08 | 001001 | Michael Missildine 581 Jones Road Wicksburg, AL | Pay Period Ending 9/30/2008 Gross Amount - $1,166.67 Deductions: Medicare - $16.92 State Income - $34.90 Federal Income - $39.58 FICA - $72.33 | | | 1,002.94 | 3,128.69 |
| 10/06/08 | 001002 | Shannon Milstead 1518 Plaza Drive Dothan, AL 36303 | Pay Period Ending 9/30/2008 Gross Amount - $979.17 Deductions: Medicare - $14.20 State Income - $20.99 Federal Income - $64.58 FICA - $60.71 | | | 818.69 | 2,310.00 |
| 10/08/08 | | Transfer to Acct #*******9852 | Bank Funds Transfer This amount represents the net paid to the two employees on 10/6/08 for pay period ending 9/30/08. Transferred this amount to payroll account to be certain funds were available in account. We received Gulf South's check on same date we had to pay employees. | 9999-000 | | 1,821.63 | 488.37 |
| 10/10/08 | | Stage Door Development | | | 415.98 | | 904.35 |
| 10/10/08 | 001003 | Shannon Milstead | Commission Check GROSS - $415.48 Social Security - $25.76 Medicare - $6.02 | | | 383.70 | 520.65 |
| 10/20/08 | | Gulf South Communication | Pay Period Ending 10/15/2008 | | 2,220.75 | | 2,741.40 |
| 10/20/08 | | Gulf South Communication | | | | 121.03 | 2,862.43 |

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 07-11638 -DHW

Case Name: STAGE DOOR DEVELOPMENT, INC.

Taxpayer ID No: *******4662

For Period Ending: 03/31/10

Trustee Name: William C. Carn, III

Bank Name: BANK OF AMERICA

Account Number / CD #: *******9878 Payroll Account

Blanket Bond (per case limit): $ 1,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/20/08 | 001004 | Michael Missildine<br>581 Jones Road<br>Wicksburg, AL | Pay Period Ending 10/15/2008<br>Gross Amount: $1,166.67<br>Deductions: Medicare - $16.92<br>    State Income - $34.90<br>    Federal Income - $39.58<br>    FICA - $72.33 | | | 1,002.94 | 1,859.49 |
| 10/20/08 | 001005 | Shannon Milstead<br>1518 Plaza Drive<br>Dothan, AL 36303 | Pay Period Ending 10/15/2008<br>Gross Amount: $979.17<br>Deductions: Medicare - $14.20<br>    State Income - $20.99<br>    Federal Income - $64.58<br>    FICA - $60.71 | | | 818.69 | 1,040.80 |
| 10/23/08 | | Gulf South Communications | Payroll, Nov 5 and Nov. Cobra | | 3,459.00 | | 4,499.80 |
| 10/23/08 | 001006 | BlueCross BlueShield of Alabama | COBRA premium<br>Contract No.: PPA856833611<br>Shannon Milstead | | | 419.00 | 4,080.80 |
| 10/23/08 | 001007 | BlueCross BlueShield of Alabama | COBRA premium<br>Contract No.: PPA803003649<br>Michael Missildine | | | 730.00 | 3,350.80 |
| 11/05/08 | 001008 | Michael Missildine<br>581 Jones Road<br>Wicksburg, AL | Pay Period Ending 10/31/2008<br>Gross Amount: $1,166.67<br>Deductions: Medicare - $16.92<br>    State Income - $34.90<br>    Federal Income - $39.58<br>    FICA - $72.33 | | | 1,002.94 | 2,347.86 |
| 11/05/08 | 001009 | Shannon Milstead<br>1518 Plaza Drive<br>Dothan, AL 36303 | Pay Period Ending 10/31/2008<br>Gross Amount: $979.17<br>Deductions: Medicare - $14.20<br>    State Income - $20.99<br>    Federal Income - $64.58<br>    FICA - $60.71 | | | 818.69 | 1,529.17 |
| 11/18/08 | | Gulf South Communications, Inc.<br>3245 Montgomery Highway, Suite 1<br>Dothan, AL 36301 | Payroll ending 11-15-08 | | 2,310.00 | | 3,839.17 |
| 11/18/08 | | Gulf South Communications, Inc, | Cobra/Commissions 11/10/08 | | 1,448.31 | | 5,287.48 |
| 11/20/08 | 001010 | Shannon Milstead | Commission Check<br>GROSS - $667.26<br>Social Security - $41.37<br>Medicare - $9.68<br>Federal Income - $0.06 | | | 616.15 | 4,671.33 |

| Case No: | 07-11638 -DHW | | Trustee Name: | William C. Carn, III |
| Case Name: | STAGE DOOR DEVELOPMENT, INC. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******9878 Payroll Account |
| Taxpayer ID No: | *******4662 | | | |
| For Period Ending: | 03/31/10 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/20/08 | 001011 | Michael Missildine | Pay Period Ending 11/15/2008<br>GROSS: $1,166.67<br>Deductions: Medicare - $16.92<br>State Income - $34.90<br>Federal Income - $39.58<br>FICA - $72.33 | | | 1,002.94 | 3,668.39 |
| 11/20/08 | 001012 | Shannon Milstead | Pay Perid Ending 11/15/2008<br>GROSS: $979.17<br>Deductions: Medicare - $14.20<br>State Income - $20.99<br>Federal Income - $64.58<br>FICA - $60.71 | | | 818.69 | 2,849.70 |
| 11/20/08 | 001013 | BlueCross BlueShield of Alabama | COBRA PREMIUM<br>Contract Number: PPA856833611<br>Shannon Milstead | | | 365.00 | 2,484.70 |
| 11/20/08 | 001014 | BlueCross BlueShield of Alabama | COBRA PREMIUM<br>Contract No.: PPA803003649<br>Michael Missildine | | | 365.00 | 2,119.70 |
| 12/03/08 | | Gulf South Communications | Pay Period Ending 11/30/2008 | | 2,310.00 | | 4,429.70 |
| 12/05/08 | 001015 | Michael Missildine | Pay Period Ending November 30, 2008<br>Gross Amount - $1,166.67<br>Deductions: Medicare - $16.92<br>State Income - $34.90<br>Federal Income - $39.58<br>FICA - $72.33 | | | 1,002.94 | 3,426.76 |
| 12/05/08 | 001016 | Shannon Milstead | Pay Period Ending 11/30/2008<br>Gross Amount - $979.17<br>Deductions: Medicare - $14.20<br>State Income - $20.99<br>Federal Income - $64.58<br>FICA - $60.71 | | | 818.69 | 2,608.07 |
| 12/16/08 | | Gulf South Communications | pay period ending 12/15/2008 | | 3,272.52 | | 5,880.59 |
| 12/17/08 | | Gulf South Communications | christmas bonus reimbursement | | 150.00 | | 6,030.59 |
| 12/17/08 | 001017 | Shannon Milstead | Christmas Bonus | | | 75.00 | 5,955.59 |
| 12/17/08 | 001018 | Michael Missildine | Christmas Bonus | | | 75.00 | 5,880.59 |
| 12/18/08 | 001019 | Michael Missildine | Pay Period Ending 12/15/2008<br>Gross:$1,166.67<br>Deductions: Medicare - $16.92<br>State Income - $34.90 | | | 1,002.94 | 4,877.65 |

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 07-11638 -DHW | |
| Case Name: | STAGE DOOR DEVELOPMENT, INC. | |
| | | |
| Taxpayer ID No: | *******4662 | |
| For Period Ending: | 03/31/10 | |

| | |
|---|---|
| Trustee Name: | William C. Carn, III |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******9878 Payroll Account |
| | |
| Blanket Bond (per case limit): | $ 1,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Federal Income - $39.58 FICA - $72.33 | | | | |
| 12/18/08 | 001020 | Shannon Milstead | Pay Period Ending 12/15/2008 Gross:$979.17 Deductions: Medicare - $14.20 State Income - $20.99 Federal Income - $64.58 FICA - $60.71 | | | 818.69 | 4,058.96 |
| 12/18/08 | 001021 | Shannon Milstead | Commission Check Gross:$216.00 Deductions: Social Security -$13.39 Medicare - $3.13 | | | 199.48 | 3,859.48 |
| 12/18/08 | 001022 | BlueCross BlueShield of Alabama | COBRA PREMIUM Contract Number: PPA856833611 Shannon Milstead | | | 365.00 | 3,494.48 |
| 12/18/08 | 001023 | BlueCross BlueShield of Alabama | COBRA PREMIUM Contract Number: PPA803003649 Michael Missildine | | | 365.00 | 3,129.48 |
| 01/02/09 | | Gulf South Communications | Pay Period Ending 12/31/2008 | | 2,310.00 | | 5,439.48 |
| 01/05/09 | 001024 | Michael Missildine | Pay Period Ending 12/31/2008 Gross Amount: $1,166.67 DEDUCTIONS: Medicare - $16.92 State Income - $34.90 Federal Income - $39.58 FICA - $72.33 | | | 1,002.94 | 4,436.54 |
| 01/05/09 | 001025 | Shannon Milstead | Pay Period Ending 12/31/2008 Gross Amount: $979.17 DEDUCTIONS: Medicare - $14.20 State Income - $20.99 Federal Income - $64.58 FICA - $60.71 | | | 818.69 | 3,617.85 |
| 01/07/09 | | Gulf South Communications | Talent Fee - Missildine | | 84.00 | | 3,701.85 |
| 01/08/09 | 001026 | Michael Missildine | Talent Fee Gross Amount: $84.00 Deductions: Medicare - $1.22 FICA - $5.21 | | | 77.57 | 3,624.28 |
| 01/14/09 | | Gulf South Communications | Cobra Premiums | | 730.00 | | 4,354.28 |
| 01/14/09 | | Gulf South Communications | Pay Period Ending 1/15/09; Commissi | | 2,587.70 | | 6,941.98 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 07-11638 -DHW

Case Name: STAGE DOOR DEVELOPMENT, INC.

Taxpayer ID No: *******4662

For Period Ending: 03/31/10

Trustee Name: William C. Carn, III

Bank Name: BANK OF AMERICA

Account Number / CD #: *******9878 Payroll Account

Blanket Bond (per case limit): $ 1,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/20/09 | 001027 | Michael Missildine | Pay Period Ending 1/15/2009<br>Gross Amount: $1,166.67<br>DEDUCTIONS: Medicare - $16.92<br>State Income - $34.90<br>Federal Income - $39.58<br>FICA - $72.33 | | | 1,002.94 | 5,939.04 |
| 01/20/09 | 001028 | Shannon Milstead | Pay Period Ending 01/15/2009<br>Gross Amount: $979.17<br>DEDUCTIONS: Medicare - $14.20<br>State Income - $20.99<br>Federal Income - $64.58<br>FICA - $60.71 | | | 818.69 | 5,120.35 |
| 01/20/09 | 001029 | Shannon Milstead | Commission Check<br>Gross Amount: 252.00<br>DEDUCTIONS: Social Security - $15.62<br>Medicare - $3.65 | | | 232.73 | 4,887.62 |
| 01/20/09 | 001030 | BlueCross BlueShield of Alabama | COBRA PREMIUM<br>Contract Number: PPA856833611<br>Shannon Milstead | | | 365.00 | 4,522.62 |
| 01/20/09 | 001031 | BlueCross BlueShield of Alabama | COBRA PREMIUM<br>Contract Number: PPA803003649<br>Michael Missildine | | | 365.00 | 4,157.62 |
| 01/29/09 | | Gulf South Communications | UC-CR4- Dept of Industrial Relation | | 892.94 | | 5,050.56 |
| 01/29/09 | 001032 | Alabama Dept of Revenue<br>Withholding Tax Returns<br>P.O. Box 327483<br>Montgomery, AL 36132 | FORM A-1<br>Quarter Ending 12/31/08 | | | 335.34 | 4,715.22 |
| 01/29/09 | 001033 | Internal Revenue Service | Form 940-V | | | 200.68 | 4,514.54 |
| 01/29/09 | 001034 | BankSouth | 941 Tax<br>4th Quarter, 2008 | | | 2,793.61 | 1,720.93 |
| 01/29/09 | 001035 | The Department of Industrial Relations | Quarterly Contribution Report<br>UC-CR4 | | | 892.94 | 827.99 |
| 02/03/09 | | Gulf South Communications | Pay Period Ending 1/31/09 | | 2,772.12 | | 3,600.11 |
| 02/05/09 | 001036 | Shannon Milstead | Pay Period Ending 1/31/2009<br>Gross Amount: $979.17<br>DEDUCTIONS: Medicare - $14.20<br>State Income - $20.99<br>Federal Income - $64.58<br>FICA - $60.71 | | | 818.69 | 2,781.42 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 07-11638 -DHW |
| Case Name: | STAGE DOOR DEVELOPMENT, INC. |
| Taxpayer ID No: | *******4662 |
| For Period Ending: | 03/31/10 |

| | |
|---|---|
| Trustee Name: | William C. Carn, III |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******9878  Payroll Account |
| Blanket Bond (per case limit): | $ 1,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/05/09 | 001037 | Michael Missildine | Gross Amount: $1,246.67 (payroll + talent)<br>DEDUCTIONS: Medicare - $18.08<br>State Income - $39.68<br>Federal Income - $45.71<br>FICA - $77.29 | | | 1,065.91 | 1,715.51 |
| 02/05/09 | 001038 | BlueCross BlueShield of Alabama | COBRA PREMIUM<br>Contract Number:  PPA 884010812<br>CARRIE WILLIAMS | | | 376.00 | 1,339.51 |
| 02/09/09 | 001039 | BankSouth | 941 tax - 1st Quarter 2009 | | | 916.36 | 423.15 |
| 02/17/09 | | Gulf South Communications | Pay Period Ending 2/15/09 | | 3,452.48 | | 3,875.63 |
| 02/20/09 | 001040 | Shannon Milstead | Commission Check<br>GROSS: $360.00<br>Deductions:  Medicare - $5.22<br>FICA - $22.32 | | | 332.46 | 3,543.17 |
| 02/20/09 | 001041 | Carrie Williams | Pay Period Ending 2/15/2009<br>GROSS:  $1,500.00<br>Deductions:  Medicare - $21.75<br>State - $61.10<br>Federal - $98.85<br>FICA - $93.00 | | | 1,225.30 | 2,317.87 |
| 02/20/09 | 001042 | William Floyd | Pay Period Ending 2/15/2009<br>GROSS:  $600.00<br>Deductions:  Medicare - $8.70<br>State - $2.33<br>Federal - $0.00<br>FICA - $37.20 | | | 551.77 | 1,766.10 |
| 02/25/09 | 001043 | BlueCross BlueShield of Alabama | COBRA PREMIUM<br>Contract No.:  PPA 884010812<br>Insured:       Carrie Williams | | | 432.00 | 1,334.10 |
| 03/02/09 | | Gulf South Communications | Pay Period Ending 2/28/09 | | 2,262.36 | | 3,596.46 |
| 03/05/09 | 001044 | BankSouth | 941 Tax - 1st Quarter 2009 | | | 926.07 | 2,670.39 |
| 03/05/09 | 001045 | Carrie Williams | Pay Period Ending 2/28/09<br>GROSS: $1,500.00<br>Deductions:  Medicare - $21.75<br>State - $61.10<br>Federal - $98.85<br>FICA - $93.00 | | | 1,225.30 | 1,445.09 |
| 03/05/09 | 001046 | William Floyd | Pay Period Ending 2/28/09 | | | 551.77 | 893.32 |

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 07-11638 -DHW

Case Name: STAGE DOOR DEVELOPMENT, INC.

Trustee Name: William C. Carn, III

Bank Name: BANK OF AMERICA

Account Number / CD #: *******9878  Payroll Account

Taxpayer ID No: *******4662

For Period Ending: 03/31/10

Blanket Bond (per case limit): $ 1,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | GROSS: $600.00<br>Deductions: Medicare - $8.70<br>State - $2.33<br>Federal - $0.00<br>FICA - $37.20 | | | | |
| 03/17/09 | | Gulf South Communications | | | | 58.00 | 951.32 |
| 03/17/09 | | Gulf South Communications | | | 2,260.65 | | 3,211.97 |
| 03/19/09 | 001047 | Carrie Williams | Pay Period Ending 3/15/2009<br>GROSS: $1,500.00<br>Deductions: Medicare - $21.75<br>State - $61.10<br>Federal - $98.85<br>FICA - $93.00 | | | 1,225.30 | 1,986.67 |
| 03/19/09 | 001048 | William Floyd | Pay Period Ending 3/15/2009<br>GROSS: $600.00<br>Deductions: Medicare - $8.70<br>State - $2.33<br>Federal - $0.00<br>FICA - $37.20 | | | 551.77 | 1,434.90 |
| 03/19/09 | 001049 | BlueCross BlueShield of Alabama | COBRA PREMIUM<br>Contract No.: PPA 884010812<br>Insured: Carrie Williams | | | 432.00 | 1,002.90 |
| 04/01/09 | | Gulf South Communications | Pay Period Ending 3/31/2009 | | 2,260.65 | | 3,263.55 |
| 04/03/09 | 001051 | William Floyd | Pay Period Ending 3/31/2009<br>GROSS: $600.00<br>Deductions: Medicare - $8.70<br>State - $2.33<br>Federal - $0.00<br>FICA - $37.20 | | | 551.77 | 2,711.78 |
| 04/06/09 | 001050 | Carrie Williams | Pay Period Ending 3/31/2009<br>GROSS: $1,500.00<br>Deductions: Medicare - $21.75<br>State - $61.10<br>Federal - $98.85<br>FICA - $93.00 | | | 1,225.30 | 1,486.48 |
| 04/09/09 | | Gulf South Communications | reimbursement for quarterly taxes | | 972.98 | | 2,459.46 |
| 04/09/09 | 001052 | Alabama Department of Revenue | FORM A-1<br>Withholding Tax | | | 362.74 | 2,096.72 |
| 04/10/09 | 001053 | The Department of Industrial Relations | Quarterly Contribution Report | | | 864.87 | 1,231.85 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 07-11638 -DHW

Case Name: STAGE DOOR DEVELOPMENT, INC.

Trustee Name: William C. Carn, III

Bank Name: BANK OF AMERICA

Account Number / CD #: *******9878 Payroll Account

Taxpayer ID No: *******4662

For Period Ending: 03/31/10

Blanket Bond (per case limit): $ 1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Form US-CR4 | | | | |
| 04/10/09 | 001054 | BankSouth | 941 Tax 1st Quarter 2009 | | | 840.30 | 391.55 |
| 04/10/09 | 001055 | BankSouth | 940 Tax 1st Quarter 2009 | | | 108.11 | 283.44 |
| 04/15/09 | | Gulf Coast Communications | Pay Period Ending 4/15/09 | | 2,582.65 | | 2,866.09 |
| 04/15/09 | | Gulf Coast Communication | | | 110.00 | | 2,976.09 |
| 04/20/09 | 001056 | Carrie Williams | Pay Period Ending 4/15/2009 GROSS: $1,500.00 Deductions: Medicare - $21.75 State - $61.10 Federal - $98.85 FICA - $93.00 | | | 1,225.30 | 1,750.79 |
| 04/20/09 | 001057 | William Floyd | Pay Period Ending 4/15/2009 GROSS: $600.00 Deductions: Medicare - $8.70 State - $2.33 Federal - $0.00 FICA - $37.20 | | | 551.77 | 1,199.02 |
| 04/20/09 | 001058 | BlueCross BlueShield of Alabama | COBRA PREMIUM Contract No.: PPA 884010812 Insured: Carrie Williams | | | 432.00 | 767.02 |
| 05/01/09 | | Gulf South Communications | Pay Period Ending 4/30/09 | | 2,260.65 | | 3,027.67 |
| 05/05/09 | 001059 | Carrie Williams | Pay Period Ending 4/30/09 GROSS: $1,500.00 Deductions: Mediare - $21.75 State - $61.10 Federal - $98.85 FICA - $93.00 | | | 1,225.30 | 1,802.37 |
| 05/05/09 | 001060 | William Floyd | Pay Period Ending 4/30/09 GROSS: $600.00 Deductions: Mediare - $8.70 State - $2.33 Federal - $0.00 FICA - $37.20 | | | 551.77 | 1,250.60 |
| 05/05/09 | 001061 | BankSouth | 941 Tax 2nd Quarter - 2009 | | | 840.30 | 410.30 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 07-11638 -DHW

Case Name: STAGE DOOR DEVELOPMENT, INC.

Taxpayer ID No: *******4662

For Period Ending: 03/31/10

Trustee Name: William C. Carn, III

Bank Name: BANK OF AMERICA

Account Number / CD #: *******9878 Payroll Account

Blanket Bond (per case limit): $ 1,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/15/09 | | Gulf South Communications | Cobra Premium | | 432.00 | | 842.30 |
| 05/15/09 | | Gulf South Communications | Pay Period Ending 5/15/09 | | 2,260.65 | | 3,102.95 |
| 05/20/09 | 001062 | Carrie Williams | Pay Period Ending 5/15/09<br>GROSS: $1,500.00<br>Deductions: Medicare - $21.75<br>State - $61.10<br>Federal - $98.85<br>FICA - $93.00 | | | 1,225.30 | 1,877.65 |
| 05/20/09 | 001063 | William Floyd | Pay Period Ending 5/15/09<br>GROSS: $600.00<br>Deductions: Medicare - $8.70<br>State - $2.33<br>Federal - $0.0098.85<br>FICA - $37.20 | | | 551.77 | 1,325.88 |
| * 05/20/09 | 001064 | BlueCross BlueShield of Alabama | COBRA PREMIUM<br>Contract No.: PPA 884010812<br>Insured: Carrie Williams | | | 432.00 | 893.88 |
| * 06/01/09 | 001064 | BlueCross BlueShield of Alabama | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | | | -432.00 | 1,325.88 |
| 06/03/09 | | Gulf South Communications | Pay Period Ending 5/28/09 | | 1,460.83 | | 2,786.71 |
| 06/03/09 | 001065 | Gulf South Communications | return amount paid by Gulf South for June Cobra premium. | | | 432.00 | 2,354.71 |
| 06/04/09 | 001066 | BankSouth | 941 Tax<br>2nd Quarter - 2009 | | | 840.30 | 1,514.41 |
| 06/05/09 | 001067 | Carrie Williams | Pay Period Ending 5/28/09<br>GROSS: $969.29<br>Deductions: Medicare: $14.05<br>State: $38.73<br>Federal: $0.89<br>FICA: $60.10 | | | 855.52 | 658.89 |
| 06/05/09 | 001068 | William Floyd | Pay Period Ending 5/28/09<br>GROSS: $387.73<br>Deductions: Medicare: $5.62<br>State: $0.00<br>Federal: $0.00<br>FICA: $24.04 | | | 358.07 | 300.82 |
| 07/13/09 | 001069 | BankSouth | 941 Tax - 2nd Quarter 2009 | | | 208.51 | 92.31 |

PFORM2T4

Ver: 15.08

| Case No: | 07-11638 -DHW |
|---|---|
| Case Name: | STAGE DOOR DEVELOPMENT, INC. |

| Taxpayer ID No: | *******4662 |
|---|---|
| For Period Ending: | 03/31/10 |

| Trustee Name: | William C. Carn, III |
|---|---|
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******9878 Payroll Account |

Blanket Bond (per case limit): $ 1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/20/09 | | Gulf South Communications | reimbursment for quarterly returns | | 602.55 | | 694.86 |
| 07/27/09 | | AL Dept of Industrial Relations | 2nd Quarter 2009 | | | 402.41 | 292.45 |
| 07/27/09 | 001070 | Alabama Dept of Revenue | Quarter Ending 6/30/2009 | | | 292.45 | 0.00 |
| 01/29/10 | | Transfer from Acct #*******9852 | Bank Funds Transfer | 9999-000 | 42.30 | | 42.30 |
| 01/29/10 | 001071 | Internal Revenue Service | Form 940-V<br>EIN:  63-1044662 | | | 42.30 | 0.00 |

| Account | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| *******9878 | 29 | Deposits | 48,370.80 | 73 | Checks | 48,413.10 |
| | 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | | 1 | Transfers Out | 1,821.63 |
| | | Subtotal | $ 48,370.80 | | | |
| | | | | | Total | $ 50,234.73 |
| | 0 | Adjustments In | 0.00 | | | |
| | 2 | Transfers In | 1,863.93 | | | |
| | | Total | $ 50,234.73 | | | |

Report Totals

| | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 36 | Deposits | 599,210.62 | 91 | Checks | 146,061.87 |
| | 19 | Interest Postings | 285.47 | 0 | Adjustments Out | 0.00 |
| | | | | 3 | Transfers Out | 3,685.56 |
| | | Subtotal | $ 599,496.09 | | | |
| | | | | | Total | $ 149,747.43 |
| | 0 | Adjustments In | 0.00 | | | |
| | 3 | Transfers In | 3,685.56 | | | |
| | | Total | $ 603,181.65 | | Net Total Balance | $ 453,434.22 |

## INTERIM REPORT

CHAPTER 07 ASSET CASE

REPORT FOR PERIOD ENDING: 03/31/10

_____

CASE NO:    07-11638       DHW (DWIGHT H. WILLIAMS, JR.)
CASE NAME:  STAGE DOOR DEVELOPMENT, INC.
DATE APPOINTMENT ACCEPTED: 01/10/08

_____

1.  ASSETS ON HAND ( FROM THE ESTATE CASE RECEIPTS AND DISBURSEMENTS RECORD - FORM II )

        AT BANK OF AMERICA:
            CHECKING:  $          0.00     MONEY MKT:  $      453,434.22
            SAVINGS:   $          0.00     INVESTMENT: $            0.00
            OTHER:     $          0.00     TOTAL:      $      453,434.22

        THE AMOUNT OF THE TRUSTEE'S BOND IS: BLANKET
        WHICH IS SUFFICIENT TO COVER THE ASSETS LISTED ABOVE.

2.  TOTAL ASSETS STILL TO BE LIQUIDATED: $0.00
        ( FROM INDIVIDUAL ESTATE PROPERTY RECORD, FORM I, TOTAL OF COLUMN 6 )
        ASSETS FOR WHICH INSURANCE COVERAGE HAS BEEN OBTAINED:


        **DESCRIPTION**                         **ESTIMATED VALUE**               **INSURANCE**
        *** None ***

3.  PROJECTED TOTAL VALUE TO BE REALIZED: $      453,434.22    (TOTAL OF 1 + 2)


4.  MAJOR ACTIVITIES DURING THE REPORTING PERIOD NOT REFLECTED IN THE INDIVIDUAL ESTATE
    PROPERTY RECORD AND THE CASE RECEIPTS AND DISBURSEMENTS RECORD:

    **MATTERS PENDING, DATE OF HEARING OR SALE, AND OTHER ACTION:**

    we have just received draft 2008 and 2009 tax returns from debtor's bookkeeper
    and are reviewing them with the estate's cpa.



5.  PROJECTED DATE OF FINAL REPORT: 11/26/09


            SIGNATURE OF TRUSTEE:  /s/ William C. Carn, III
                                   _____
                                   William C. Carn, III, TRUSTEE
                                   P. O. Box 1665
                                   Dothan, AL 36302
                                   (334) 792-4156


                                   DATE: 05/11/10

Trustee Name:  William C. Carn, III
Case Number:  **07-11638 DHW**
Case Name:  STAGE DOOR DEVELOPMENT, INC.

For Period Ending:  **03/31/10**

Account:  **4429709852  Money Market - Interest Bearing**

Account Code:  02

| Date | Check # | Description | Credits | Debits | C | Balance |
|------|---------|-------------|---------|--------|---|---------|
| 09/19/08 | 1 | COLONIAL BANK | 7,587.05 | | C | 7,587.05 |
| 09/23/08 | | PH&T TRUST ACCOUNT | | 2,560.00 | C | 5,027.05 |
| 09/30/08 | | Interest Rate 0.150 | 0.10 | | C | 5,027.15 |
| 10/06/08 | | Bank Funds Transfer | | 1,821.63 | C | 3,205.52 |
| 10/08/08 | | Bank Funds Transfer | 1,821.63 | | C | 5,027.15 |
| 10/15/08 | 101 | ALABAMA DEPT OF REVENUE | | 136.19 | C | 4,890.96 |
| 10/15/08 | 102 | INTERNAL REVENUE SERVICE | | 1,151.67 | C | 3,739.29 |
| 10/15/08 | 103 | DEPT. OF INDUSTRIAL RELATIONS | | 76.51 | C | 3,662.78 |
| 10/23/08 | 2 | GULF SOUTH COMMUNICATIONS | 8,734.13 | | C | 12,396.91 |
| 10/23/08 | 104 | WIREGRASS ELECTRIC COOPERATIVE | | 8,734.13 | C | 3,662.78 |
| 10/31/08 | | Interest Rate 0.100 | 0.34 | | C | 3,663.12 |
| 11/28/08 | | Interest Rate 0.100 | 0.30 | | C | 3,663.42 |
| 12/31/08 | | Interest Rate 0.010 | 0.18 | | C | 3,663.60 |
| 01/23/09 | 105 | BILL E. MULLEN | | 400.00 | C | 3,263.60 |
| 01/30/09 | | Interest Rate 0.010 | 0.03 | | C | 3,263.63 |
| 02/27/09 | | Interest Rate 0.010 | 0.03 | | C | 3,263.66 |
| 03/13/09 | 106 | INTERNATIONAL SURETIES, LTD. | | 2,500.00 | C | 763.66 |
| 03/31/09 | | Interest Rate 0.010 | 0.02 | | C | 763.68 |
| 04/30/09 | | Interest Rate 0.030 | 0.02 | | C | 763.70 |
| 05/26/09 | | GULF SOUTH COMMUNICATIONS | 475,314.11 | | C | 476,077.81 |
| 05/26/09 | | CABANISS, JOHNSTON | 52,392.53 | | C | 528,470.34 |
| 05/29/09 | | Interest Rate 0.070 | 6.09 | | C | 528,476.43 |
| 06/03/09 | 107 | ALLEN COMMUNICATIONS RESEARCH, INC. | | 170.00 | C | 528,306.43 |
| 06/15/09 | 108 | J.C. GUERRERO, CLERK | | 15.00 | C | 528,291.43 |
| 06/25/09 | 3 | WIREGRASS ELECTRIC COOPERATIVE | 3,410.14 | | C | 531,701.57 |
| 06/30/09 | | Interest Rate 0.070 | 30.42 | | C | 531,731.99 |
| 07/13/09 | 4 | GULF SOUTH COMMUNICATIONS, INC. | 589.86 | | C | 532,321.85 |
| 07/15/09 | 109 | WILLIAM W. NICHOLS | | 23,732.90 | C | 508,588.95 |
| 07/31/09 | | Interest Rate 0.070 | 30.90 | | C | 508,619.85 |
| 08/03/09 | 110 | BILL E. MULLEN | | 925.00 | C | 507,694.85 |
| 08/19/09 | 111 | BILL E. MULLEN | | 325.00 | C | 507,369.85 |
| 08/31/09 | | Interest Rate 0.070 | 30.20 | | C | 507,400.05 |
| 09/01/09 | 5 | GLOBAL SURETY, LLC | 2,812.00 | | C | 510,212.05 |
| 09/08/09 | 112 | THE CITIZENS BANK | | 23,191.12 | C | 487,020.93 |
| 09/08/09 | 113 | JOHN C. TRENT | | 731.25 | C | 486,289.68 |
| 09/29/09 | 114 | THE CITIZENS BANK | | 30,000.00 | C | 456,289.68 |
| 09/30/09 | | Interest Rate 0.070 | 28.34 | | C | 456,318.02 |
| 10/30/09 | | Interest Rate 0.070 | 27.12 | | C | 456,345.14 |
| 11/13/09 | 115 | INTERNATIONAL SURETIES, LTD. | | 3,000.00 | C | 453,345.14 |
| 11/30/09 | | Interest Rate 0.070 | 26.17 | | C | 453,371.31 |
| 12/31/09 | | Interest Rate 0.070 | 26.95 | | C | 453,398.26 |
| 01/29/10 | | Bank Funds Transfer | | 42.30 | C | 453,355.96 |
| 01/29/10 | | Interest Rate 0.070 | 26.95 | | C | 453,382.91 |
| 02/26/10 | | Interest Rate 0.070 | 24.35 | | C | 453,407.26 |
| 03/31/10 | | Interest Rate 0.070 | 26.96 | | C | 453,434.22 |

# DETAILED BANK RECONCILIATION

Trustee Name:   William C. Carn, III
Case Number:   **07-11638 DHW**                                        For Period Ending:   **03/31/10**
Case Name:   STAGE DOOR DEVELOPMENT, INC.

Account:   **4429709852  Money Market - Interest Bearing**                        Account Code:   02

| | | | | | |
|---|---|---|---|---|---|
| CLEARED DEPOSITS | | 552,946.92 | OUTSTANDING DEPOSITS | | 0.00 |
| CLEARED DISBURSEMENTS | - | 99,512.70 | OUTSTANDING DISBURSEMENTS | - | 0.00 |
| | | 453,434.22 | | | 0.00 |
| | | | | | |
| FORM 2 LEDGER BALANCE | | 453,434.22 | | | |
| OUTSTANDING DEPOSITS | - | 0.00 | | | |
| OUTSTANDING DISBURSEMENTS | + | 0.00 | | | |
| FORM 2 ADJUSTED BALANCE | | 453,434.22 | BANK BALANCE | | 453,434.22 |

C = Cleared

Trustee Name:    William C. Carn, III

Case Number:    **07-11638 DHW**                                          For Period Ending:    **03/31/10**

Case Name:    STAGE DOOR DEVELOPMENT, INC.

Account:    **4429709878   Payroll Account**                                  Account Code:    01

| Date | Check # | Description | Credits | Debits | C | Balance |
|---|---|---|---|---|---|---|
| 10/06/08 | 1 | GULF SOUTH COMMUNICATION, INC. | 2,310.00 | | C | 2,310.00 |
| 10/06/08 | 1001 | MICHAEL MISSILDINE | | 1,002.94 | C | 1,307.06 |
| 10/06/08 | 1002 | SHANNON MILSTEAD | | 818.69 | C | 488.37 |
| 10/06/08 | | Bank Funds Transfer | 1,821.63 | | C | 2,310.00 |
| 10/08/08 | | Bank Funds Transfer | | 1,821.63 | C | 488.37 |
| 10/10/08 | 2 | STAGE DOOR DEVELOPMENT | 415.98 | | C | 904.35 |
| 10/10/08 | 1003 | SHANNON MILSTEAD | | 383.70 | C | 520.65 |
| 10/20/08 | 3 | GULF SOUTH COMMUNICATION | 2,220.75 | | C | 2,741.40 |
| 10/20/08 | 1004 | MICHAEL MISSILDINE | | 1,002.94 | C | 1,738.46 |
| 10/20/08 | 1005 | SHANNON MILSTEAD | | 818.69 | C | 919.77 |
| 10/20/08 | 4 | GULF SOUTH COMMUNICATION | 121.03 | | C | 1,040.80 |
| 10/23/08 | 5 | GULF SOUTH COMMUNICATIONS | 3,459.00 | | C | 4,499.80 |
| 10/23/08 | 1006 | BLUECROSS BLUESHIELD OF ALABAMA | | 419.00 | C | 4,080.80 |
| 10/23/08 | 1007 | BLUECROSS BLUESHIELD OF ALABAMA | | 730.00 | C | 3,350.80 |
| 11/05/08 | 1008 | MICHAEL MISSILDINE | | 1,002.94 | C | 2,347.86 |
| 11/05/08 | 1009 | SHANNON MILSTEAD | | 818.69 | C | 1,529.17 |
| 11/18/08 | 6 | GULF | 2,310.00 | | C | 3,839.17 |
| 11/18/08 | 7 | GULF SOUTH COMMUNICATIONS, INC, | 1,448.31 | | C | 5,287.48 |
| 11/20/08 | 1010 | SHANNON MILSTEAD | | 616.15 | C | 4,671.33 |
| 11/20/08 | 1011 | MICHAEL MISSILDINE | | 1,002.94 | C | 3,668.39 |
| 11/20/08 | 1012 | SHANNON MILSTEAD | | 818.69 | C | 2,849.70 |
| 11/20/08 | 1013 | BLUECROSS BLUESHIELD OF ALABAMA | | 365.00 | C | 2,484.70 |
| 11/20/08 | 1014 | BLUECROSS BLUESHIELD OF ALABAMA | | 365.00 | C | 2,119.70 |
| 12/03/08 | 8 | GULF SOUTH COMMUNICATIONS | 2,310.00 | | C | 4,429.70 |
| 12/05/08 | 1015 | MICHAEL MISSILDINE | | 1,002.94 | C | 3,426.76 |
| 12/05/08 | 1016 | SHANNON MILSTEAD | | 818.69 | C | 2,608.07 |
| 12/16/08 | 9 | GULF SOUTH COMMUNICATIONS | 3,272.52 | | C | 5,880.59 |
| 12/17/08 | 10 | GULF SOUTH COMMUNICATIONS | 150.00 | | C | 6,030.59 |
| 12/17/08 | 1017 | SHANNON MILSTEAD | | 75.00 | C | 5,955.59 |
| 12/17/08 | 1018 | MICHAEL MISSILDINE | | 75.00 | C | 5,880.59 |
| 12/18/08 | 1019 | MICHAEL MISSILDINE | | 1,002.94 | C | 4,877.65 |
| 12/18/08 | 1020 | SHANNON MILSTEAD | | 818.69 | C | 4,058.96 |
| 12/18/08 | 1021 | SHANNON MILSTEAD | | 199.48 | C | 3,859.48 |
| 12/18/08 | 1022 | BLUECROSS BLUESHIELD OF ALABAMA | | 365.00 | C | 3,494.48 |
| 12/18/08 | 1023 | BLUECROSS BLUESHIELD OF ALABAMA | | 365.00 | C | 3,129.48 |
| 01/02/09 | 11 | GULF SOUTH COMMUNICATIONS | 2,310.00 | | C | 5,439.48 |
| 01/05/09 | 1024 | MICHAEL MISSILDINE | | 1,002.94 | C | 4,436.54 |
| 01/05/09 | 1025 | SHANNON MILSTEAD | | 818.69 | C | 3,617.85 |
| 01/07/09 | 12 | GULF SOUTH COMMUNICATIONS | 84.00 | | C | 3,701.85 |
| 01/08/09 | 1026 | MICHAEL MISSILDINE | | 77.57 | C | 3,624.28 |
| 01/14/09 | 13 | GULF SOUTH COMMUNICATIONS | 730.00 | | C | 4,354.28 |
| 01/14/09 | 14 | GULF SOUTH COMMUNICATIONS | 2,587.70 | | C | 6,941.98 |
| 01/20/09 | 1027 | MICHAEL MISSILDINE | | 1,002.94 | C | 5,939.04 |
| 01/20/09 | 1028 | SHANNON MILSTEAD | | 818.69 | C | 5,120.35 |
| 01/20/09 | 1029 | SHANNON MILSTEAD | | 232.73 | C | 4,887.62 |
| 01/20/09 | 1030 | BLUECROSS BLUESHIELD OF ALABAMA | | 365.00 | C | 4,522.62 |
| 01/20/09 | 1031 | BLUECROSS BLUESHIELD OF ALABAMA | | 365.00 | C | 4,157.62 |
| 01/29/09 | 1032 | ALABAMA DEPT OF REVENUE | | 335.34 | C | 3,822.28 |
| 01/29/09 | 1033 | INTERNAL REVENUE SERVICE | | 200.68 | C | 3,621.60 |

Trustee Name:   William C. Carn, III
Case Number:   **07-11638 DHW**                                          For Period Ending:   **03/31/10**
Case Name:   STAGE DOOR DEVELOPMENT, INC.

Account:   **4429709878  Payroll Account**                              Account Code:   01

| Date | Check # | Payee | Deposit | | Check Amount | | Balance |
|------|---------|-------|---------|---|-----|---|---------|
| 01/29/09 | 1034 | BANKSOUTH | | | 2,793.61 | C | 827.99 |
| 01/29/09 | 15 | GULF SOUTH COMMUNICATIONS | 892.94 | | | C | 1,720.93 |
| 01/29/09 | 1035 | THE DEPARTMENT OF INDUSTRIAL RELATI | | | 892.94 | C | 827.99 |
| 02/03/09 | 16 | GULF SOUTH COMMUNICATIONS | 2,772.12 | | | C | 3,600.11 |
| 02/05/09 | 1036 | SHANNON MILSTEAD | | | 818.69 | C | 2,781.42 |
| 02/05/09 | 1037 | MICHAEL MISSILDINE | | | 1,065.91 | C | 1,715.51 |
| 02/05/09 | 1038 | BLUECROSS BLUESHIELD OF ALABAMA | | | 376.00 | C | 1,339.51 |
| 02/09/09 | 1039 | BANKSOUTH | | | 916.36 | C | 423.15 |
| 02/17/09 | 17 | GULF SOUTH COMMUNICATIONS | 3,452.48 | | | C | 3,875.63 |
| 02/20/09 | 1040 | SHANNON MILSTEAD | | | 332.46 | C | 3,543.17 |
| 02/20/09 | 1041 | CARRIE WILLIAMS | | | 1,225.30 | C | 2,317.87 |
| 02/20/09 | 1042 | WILLIAM FLOYD | | | 551.77 | C | 1,766.10 |
| 02/25/09 | 1043 | BLUECROSS BLUESHIELD OF ALABAMA | | | 432.00 | C | 1,334.10 |
| 03/02/09 | 18 | GULF SOUTH COMMUNICATIONS | 2,262.36 | | | C | 3,596.46 |
| 03/05/09 | 1044 | BANKSOUTH | | | 926.07 | C | 2,670.39 |
| 03/05/09 | 1045 | CARRIE WILLIAMS | | | 1,225.30 | C | 1,445.09 |
| 03/05/09 | 1046 | WILLIAM FLOYD | | | 551.77 | C | 893.32 |
| 03/17/09 | 19 | GULF SOUTH COMMUNICATIONS | 58.00 | | | C | 951.32 |
| 03/17/09 | 20 | GULF SOUTH COMMUNICATIONS | 2,260.65 | | | C | 3,211.97 |
| 03/19/09 | 1047 | CARRIE WILLIAMS | | | 1,225.30 | C | 1,986.67 |
| 03/19/09 | 1048 | WILLIAM FLOYD | | | 551.77 | C | 1,434.90 |
| 03/19/09 | 1049 | BLUECROSS BLUESHIELD OF ALABAMA | | | 432.00 | C | 1,002.90 |
| 04/01/09 | 21 | GULF SOUTH COMMUNICATIONS | 2,260.65 | | | C | 3,263.55 |
| 04/03/09 | 1051 | WILLIAM FLOYD | | | 551.77 | C | 2,711.78 |
| 04/06/09 | 1050 | CARRIE WILLIAMS | | | 1,225.30 | C | 1,486.48 |
| 04/09/09 | 1052 | ALABAMA DEPARTMENT OF REVENUE | | | 362.74 | C | 1,123.74 |
| 04/09/09 | 22 | GULF SOUTH COMMUNICATIONS | 972.98 | | | C | 2,096.72 |
| 04/10/09 | 1053 | THE DEPARTMENT OF INDUSTRIAL RELATI | | | 864.87 | C | 1,231.85 |
| 04/10/09 | 1054 | BANKSOUTH | | | 840.30 | C | 391.55 |
| 04/10/09 | 1055 | BANKSOUTH | | | 108.11 | C | 283.44 |
| 04/15/09 | 23 | GULF COAST COMMUNICATIONS | 2,582.65 | | | C | 2,866.09 |
| 04/15/09 | 24 | GULF COAST COMMUNICATION | 110.00 | | | C | 2,976.09 |
| 04/20/09 | 1056 | CARRIE WILLIAMS | | | 1,225.30 | C | 1,750.79 |
| 04/20/09 | 1057 | WILLIAM FLOYD | | | 551.77 | C | 1,199.02 |
| 04/20/09 | 1058 | BLUECROSS BLUESHIELD OF ALABAMA | | | 432.00 | C | 767.02 |
| 05/01/09 | 25 | GULF SOUTH COMMUNICATIONS | 2,260.65 | | | C | 3,027.67 |
| 05/05/09 | 1059 | CARRIE WILLIAMS | | | 1,225.30 | C | 1,802.37 |
| 05/05/09 | 1060 | WILLIAM FLOYD | | | 551.77 | C | 1,250.60 |
| 05/05/09 | 1061 | BANKSOUTH | | | 840.30 | C | 410.30 |
| 05/15/09 | 26 | GULF SOUTH COMMUNICATIONS | 432.00 | | | C | 842.30 |
| 05/15/09 | 27 | GULF SOUTH COMMUNICATIONS | 2,260.65 | | | C | 3,102.95 |
| 05/20/09 | 1062 | CARRIE WILLIAMS | | | 1,225.30 | C | 1,877.65 |
| 05/20/09 | 1063 | WILLIAM FLOYD | | | 551.77 | C | 1,325.88 |
| 05/20/09 | 1064 | BLUECROSS BLUESHIELD OF ALABAMA | | | 432.00 | C | 893.88 |
| 06/01/09 | | Reverses Check # 1064 | | | -432.00 | C | 1,325.88 |
| 06/03/09 | 1065 | GULF SOUTH COMMUNICATIONS | | | 432.00 | C | 893.88 |
| 06/03/09 | 28 | GULF SOUTH COMMUNICATIONS | 1,460.83 | | | C | 2,354.71 |
| 06/04/09 | 1066 | BANKSOUTH | | | 840.30 | C | 1,514.41 |
| 06/05/09 | 1067 | CARRIE WILLIAMS | | | 855.52 | C | 658.89 |
| 06/05/09 | 1068 | WILLIAM FLOYD | | | 358.07 | C | 300.82 |
| 07/13/09 | 1069 | BANKSOUTH | | | 208.51 | C | 92.31 |
| 07/20/09 | 29 | GULF SOUTH COMMUNICATIONS | 602.55 | | | C | 694.86 |
| 07/27/09 | 1070 | ALABAMA DEPT OF REVENUE | | | 292.45 | C | 402.41 |
| 07/27/09 | | AL DEPT OF INDUSTRIAL RELATIONS | | | 402.41 | C | 0.00 |

# DETAILED BANK RECONCILIATION

Trustee Name:   William C. Carn, III
Case Number:   **07-11638 DHW**                                For Period Ending:   **03/31/10**
Case Name:   STAGE DOOR DEVELOPMENT, INC.

Account:   **4429709878  Payroll Account**                                Account Code:  01

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/29/10 | | Bank Funds Transfer | | 42.30 | C | 42.30 |
| 01/29/10 | 1071 | INTERNAL REVENUE SERVICE | | 42.30 C | | 0.00 |

| | | | | |
|---|---|---|---|---|
| CLEARED DEPOSITS | | 50,234.73 | OUTSTANDING DEPOSITS | 0.00 |
| CLEARED DISBURSEMENTS | - | 50,234.73 | OUTSTANDING DISBURSEMENTS | - 0.00 |
| | | 0.00 | | 0.00 |

| | | | | |
|---|---|---|---|---|
| FORM 2 LEDGER BALANCE | | 0.00 | | |
| OUTSTANDING DEPOSITS | - | 0.00 | | |
| OUTSTANDING DISBURSEMENTS | + | 0.00 | | |
| FORM 2 ADJUSTED BALANCE | | 0.00 | BANK BALANCE | 0.00 |

C = Cleared