# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re	Case No. 07-11638-DHW
	Chapter 7
STAGE DOOR DEVELOPMENT,
INC.,

      Debtor.

## ORDER SETTING HEARING

The application filed by Jean M. Watson, and designated APPLICATION BY ACCOUNTANT FOR TRUSTEE FOR APPROVAL OF PAYMENT OF FEE in the amount of $1,050.00, is set for hearing at the United States Bankruptcy Court, United States Courthouse, Dothan, Alabama, on July 7, 2010, at 9:30 a.m.

Objections to the application must be made in writing stating the reason for the objection and filed in court on or before July 2, 2010. A copy of the application is on file with the court.

The applicant or counsel for the applicant shall (1) give **timely** notice by mail to all parties in interest or to their attorneys of record, as provided by Fed. R. Bankr. Proc. 2002, by serving a copy of this order on each; and (2) file in court prior to the hearing date a certificate of service showing the names and addresses of the parties served. Failure to give such notice and file the certificate as required may result in dismissal of the application.

Done this 27 day of May, 2010.

                                /s/ Dwight H. Williams, Jr.
                                United States Bankruptcy Judge

c: William C. Carn, III, Trustee
   Bankruptcy Administrator